# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| TRAVIS ROE, individually,<br>Plaintiff,<br><br>v.<br><br>SHERIFF OF CLAY COUNTY, ET AL<br><br>Defendants. | Case No.:<br>3:22-cv-971-MMH-LLL |

## PLAINTIFF'S MOTION TO CONDUCT THE PRETRIAL CONFERENCE OF MARCH 23, 2026 AS WELL AS ANY PRETRIAL MOTION HEARINGS ON ZOOM

**COMES NOW** the Plaintiff, Travis Roe, by and through undersigned counsel, and respectfully moves this Court to conduct the Pretrial Conference scheduled for March 23, 2026 as well as any other pretrial motion hearings via Zoom instead of in person, and in support states:

Undersigned counsel lives in northern New Mexico and is the primary caregiver for his 93-year-old mother who is modified independent but still requires live-in assistance. Counsel has arranged for coverage by a family member during the trial week itself, and of course plans to be present in person for the beginning of the jury trial on April 6, 2026. However, having to attend the Pretrial Conference in person on 3/23/26 would necessitate either an additional roundtrip to Florida or an extra two week stay in Jacksonville and also additional live-in coverage, which would impose a hardship. Counsel has communicated with Defense counsel and has been authorized to represent that she has no objection to this motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court conduct the Pretrial Conference scheduled for March 23, 2026, as well as any other pretrial motion hearings via Zoom instead of in person.

Respectfully Submitted,

**LENTO LAW GROUP, P.C.**

Robert S. Mactavish, Esq.
Florida Bar No.: 0596388
BEOWULF BUILDING
1814 East Route 70 – Suite 321
Cherry Hill, NJ 08003
(T) 856.652.2000 x497
(F) 856.375.1010
Email: robert.mactavish@llgnational.com
*Attorney for Plaintiff*