UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE, individually,

    Plaintiff,

v.     CASE NO. 3:22-CV-971-MMH-LLL

SHERIFF OF CLAY COUNTY, et al.,

    Defendants.
_____/

## NOTICE OF ADDITIONAL COUNSEL DESIGNATION

    Pursuant to Local Rule 2.02(a), Zackery A. Scharlepp, of Coppins Monroe, P.A., hereby gives notice as Additional Counsel in the above-style action on behalf of Defendant, MARK MAERTZ. All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the undersigned.

    Respectfully submitted this 12th day of March 2026.

/s/     *Zackery A. Scharlepp*



Gwendolyn P. Adkins, Esq.
(FBN: 949566)
Zackery A. Scharlepp, Esq.
(FBN: 85374)
gadkins@coppinsmonroe.com
zascharlepp@coppinsmonroe.com
kflemming@coppinsmonroe.com
kwillis@coppinsmonroe.com

Coppins Monroe, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420    Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT
MARK MAERTZ

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document is being filed electronically with the court's electronic-filing system and service shall be through the Court's transmission facilities on all registered users.

*/s/    Zackery A. Scharlepp*
Attorney