**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TRAVIS ROE                                    CASE NO. 3:22-cv-971-MMH-LLL
v.
MARK MAERTZ

Counsel for Plaintiff:            Counsel for Defendant:
Robert Mactavish                Gwendolyn Adkins
                                        Zackery Scharlepp

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   FINAL PRETRIAL CONFERENCE

The Clerk of the Court is directed to terminate the Sheriff of Clay County and Clint Redmond.

Defendant Maertz's Motion In Limine and Incorporated Memorandum of Law (Dkt. No. 129) is **GRANTED, in part, and DENIED, in part**.

Plaintiff's Motion In Limine (Dkt. No. 131) is **GRANTED, in part, and DENIED, in part**.

The parties anticipate **4 days** for trial.

The parties are directed to hold the week of **April 27, 2026**, for trial.

No later than **March 27, 2026**, the parties shall file a notice advising the Court whether they consent to the Magistrate Judge selecting the jury.

The Court will bring in 20 potential jurors and seat 8 jurors.

The parties shall file a joint statement of the case no later than **April 3, 2026**.

Juror note-taking will be permitted.

The parties intend to invoke the rule at the start of jury selection.

The Court will instruct the jury prior to closing arguments.

By the close of business on **March 25, 2026**, the parties shall file a notice advising the Court whether they consent to the Magistrate Judge presiding over the trial.

**Order Scheduling Trial to enter**.

Date: March 23, 2026     Time: 10:01 a.m. – 11:58 a.m.     Total: 1 Hour, 57 Minutes