UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

    Plaintiff,

v.                                 CASE NO. 3:22-cv-971-MMH-LLL

MARK MAERTZ, individually,

    Defendant.
_____/

## JOINT NOTICE REGARDING THE MAGISTRATE JUDGE SELECTING THE JURY AND PRESIDING OVER THE TRIAL

Pursuant to the Court's Orders contained within the Clerk's Minutes, Proceedings of: Final Pretrial Conference [Doc. 147] directing the parties to file a notice advising the Court whether they consent to the Magistrate Judge selecting the jury and whether they consent to the Magistrate Judge presiding over the trial, the parties provide this Joint Notice: Not all parties consent to the Magistrate Judge presiding over the trial, and not all parties consent to the Magistrate Judge selecting the jury. The parties have held the week of April 27, 2026, for trial and that week is also our preferred week.

Respectfully submitted this 25th day of March 2026.

| | |
|---|---|
| /s/ Robert S. Mactavish | /s/ Gwendolyn P. Adkins |
| Robert S. Mactavish, Esq. | Gwendolyn P. Adkins, |
| FBN: 596388 | FBN: 0949566 |
| **LLG NATIONAL LAW GROUP** | Zackery A. Scharlepp, FBN: |
| Phoenix Corporate Tower | **COPPINS MONROE, P.A** |
| 3003 N Central Avenue – Suite 685 | 2316 Killearn Center Boulevard |
| Phoenix, AZ 85012 | Suite 202 |
| robert.mactavish@llgnational.com | Tallahassee, Florida 32309 |
| | Telephone: (850) 422-2420 |
| | Facsimile: (850) 422-2730 |
| ATTORNEY FOR PLAINTIFF | gadkins@coppinsmonroe.com |
| | kflemming@coppinsmonroe.com |
| | kwillis@coppinsmonroe.com |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

/s/ Robert S. Mactavish
Attorney