## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

TRAVIS ROE                                    CASE NO. 3:22-cv-971-MMH-LLL

v.

MARK MAERTZ

Counsel for Plaintiff:                        Counsel for Defendant:
Robert Mactavish                              Gwendolyn Adkins
                                              Zackery Scharlepp

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles              Court Reporter: Heather Randall

## CLERK'S MINUTES

PROCEEDINGS OF:   STATUS CONFERENCE

The parties were advised that the building has been shut down due to a water leak.

Counsel believe that they can try the case in three days and wish to start tomorrow if possible.

Discussion regarding jury instructions.

Jury selection and trial will begin tomorrow.

Date: April 27, 2026
Time: 8:50 a.m. – 9:12 a.m.
Total: 22 Minutes