**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TRAVIS ROE                                  CASE NO. 3:22-cv-971-MMH-LLL
v.
MARK MAERTZ

Counsel for Plaintiff:                      Counsel for Defendant:
Robert Mactavish                            Gwendolyn Adkins
                                            Zackery Scharlepp

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles            Court Reporter: Katharine Healey

**CLERK'S MINUTES**

PROCEEDINGS OF:   STATUS CONFERENCE

The parties were advised that the building remains shut down due to water leaks.

The parties requested that the jury selection and trial begin tomorrow if possible.

The Court will call in jurors tomorrow and proceed if the building reopens to the public.

Date: April 28, 2026
Time: 9:02 a.m. – 9:12 a.m.
Total: 10 Minutes