**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TRAVIS ROE                                    CASE NO. 3:22-cv-971-MMH-LLL
v.
MARK MAERTZ

Counsel for Plaintiff:                        Counsel for Defendant:
Robert Mactavish                              Gwendolyn Adkins

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles              Court Reporter: Katharine Healey

**CLERK'S MINUTES**

PROCEEDINGS OF:   STATUS CONFERENCE (VIA ZOOM)

The jury trial was unable to proceed due to the building being shut down because of a broken water pipe.

The Court and counsel discussed a new date for the jury trial.

Jury selection and trial will begin on **June 23, 2026**.

**Order to enter**.

Date: April 30, 2026
Time: 3:05 p.m. – 3:15 p.m.
Total: 10 Minutes