**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TRAVIS ROE,

        Plaintiff,

                                    Case No. 3:22-cv-971-MMH-LLL

vs.

MARK MAERTZ,

        Defendant.

_____/

## JUDGMENT IN A CIVIL CASE

Pursuant to the jury's verdict, rendered on June 26, 2026 (Dkt. No. 184), as the Court finds that there is no just reason for delay, it is **ORDERED AND ADJUDGED:**

**FINAL JUDGMENT** is hereby **ENTERED** in favor of Defendant, Mark Maertz and against Plaintiff, Travis Roe.

It is further **ORDERED AND ADJUDGED** that the prevailing party shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

Dated at Jacksonville, Florida, this 29th day of June, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
Counsel of Record