EXHIBIT 1

## ITEMIZATION AND DOCUMENTATION FOR
## REQUESTED COSTS OF ALL CATEGORIES

| FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS | | |
|---|---|---|
| **EXHIBIT** | **DESCRIPTION** | **AMOUNT** |
| 1-A Cancellation Fee[1] | Late Cancellation Fee – Deposition of Travis Roe; Lexitas, Invoice No. 324565 | $ 340.00 |
| 1-B | Audio Interview Transcript – Mark Maertz; Capital City Court Reporters, Invoice No. CCD231221 | $ 57.75 |
| | Audio Interview Transcript – Clinton Redmond; Capital City Court Reporters, Invoice No. CCD231221 | $ 105.00 |
| | Audio Interview Transcript – Travis Roe; Capital City Court Reporters, Invoice No. CCD231221 | $163.75 |
| 1-C | Deposition of Travis Roe; Lexitas, Invoice No. 326628 | $ 1,116.10 |
| 1-D | Deposition of Mark Maertz; and Deposition of Clint Redmond; DiPiero Court Reporting, Invoice No. 00077993 | $ 552.55 |
| 1-E | Deposition of Rob Schoonover; DiPiero Court Reporting, Invoice No. 00077991 | $ 234.05 |
| 1-F | Pretrial Hearing Transcript, Date: 03/23/26; Katherine M. Healey, RMR, FRP, Invoice No. 20230058 | $ 346.80 |
| | **TOTAL:** | **$ 2916.00** |

---

[1] This deposition was noticed for December 11, 2023, beginning at 1pm. At 7:30am on December 11, counsel for Plaintiff advised they would arrive late due to an error made by his office when scheduling the flight. At approximately noon the same day, counsel advised that they were unable to reschedule the flight to attend the deposition. See Exhibit 1-A attached.

SF-Roe (4296)



**LEXITAS**

1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
fl.billing@lexitaslegal.com   lexitaslegal.com



PAID
35615
12/20

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 324565 | 12/13/2023 | 339558 |
| **Job Date** | **Case No.** | |
| 12/11/2023 | 322CV971MMHLLL | |
| **Case Name** | | |
| Travis Roe vs. Howard Fryer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Gwendolyn Adkins
Coppins, Monroe, Adkin & Dincman, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

LATE CANCELLATION OF DEPOSITION OF:

Travis Roe

| | | | | |
|---|---|---|---|---|
| Late Cancellation – Live/In-Person Proceeding | 1.00  Unit(s) | @ | 205.000 | 205.00 |
| Deposition: Live/In-Person Reporter Fee | 1.00 | @ | 135.000 | 135.00 |
| | **TOTAL DUE  >>>** | | | **$340.00** |
| | AFTER 1/27/2024  PAY | | | $374.00 |

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.

Pay your invoice here:  https://www.lexitaslegal.com/pay-invoice

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $340.00 |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins
Coppins, Monroe, Adkin & Dincman, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

| | |
|---|---|
| Invoice No. | : 324565 |
| Invoice Date | : 12/13/2023 |
| **Total Due** | **: $340.00** |

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 339558 |
| BU ID | : FL-NORTH |
| Case No. | : 322CV971MMHLLL |
| Case Name | : Travis Roe vs. Howard Fryer |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                                       CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

## <u>NOTICE OF TAKING VIDEOTAPED DEPOSITION</u>
**(Before a Stenographic Reporter)**

PLEASE TAKE NOTICE that Defendants HOWARD E. FRYER, SHERIFF OF CLAY COUNTY MICHELLE COOK, DAVID BARNES, RICKY WRIGHT, CHRIS COLDIRON, and JOSEPH BUCCI by and through counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the videotaped deposition upon oral examination of the following person on the date and at the time and location indicated below:

| <u>WITNESS</u> | <u>DATE</u> | <u>TIME</u> |
|---|---|---|
| Travis Roe | Monday, December 11, 2023 | 1:00 p.m. ET (Approx. 4 hrs) |

**LOCATION:**               **Bradford County Jail**
**945 N Temple Avene**
**Starke, FL 32091**

**COURT REPORTER/**
**VIDEOGRAPHER:**       **Lexitas Court Reporting**

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Florida Rules of Civil Procedure. The deposition will be taken before an officer authorized by law to take depositions and will continue until completed. The deposition will be taken before an officer authorized by law to take depositions and will continue until completed.

## AMERICANS WITH DISABILITIES ACT

**In accordance with the Americans with Disabilities Act (ADA), persons in need of a special accommodation to participate in this proceeding, shall, within a reasonable time before any proceeding, contact the attorneys for Defendant.**

Respectfully submitted this 1st day of December 2023.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 ǀ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID
BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI

2

COMPOSITE EXHIBIT 1-A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the foregoing via electronic mail

on all counsel of record this 1st day of December, as follows:

| | |
|---|---|
| Lawrence A. Katz, Esq. <br> Pro Hoc Vice Counsel <br> for Plaintiff <br> 3000 Atrium Way - Suite 200 <br> Mt. Laurel, NJ 08054 <br> lakatz@lentolawgroup.com <br><br> *ATTORNEYS FOR PLAINTIFF* | Christina Varghese, Esq. <br> LENTO LAW GROUP, PC <br> 11555 Heron Bay Blvd., Ste. 231 <br> Coral Springs, FL 3307 <br> cvarghese@lentolawgroup.com <br><br> ATTORNEY FOR PLAINTIFF |

*/s/ Gwendolyn P. Adkins*
Attorney

cc:   Lexitas Court Reporting (via email)

3

COMPOSITE EXHIBIT 1-A

Page 1 of 2

Subject: FW: Roe (lento 556)

Date:  12/11/2023 7:30 AM

From:  "Gwen Adkins" <gadkins@coppinsmonroe.com>

To:  "Janice Clark" <jclark@coppinsmonroe.com>, "Kelsey Willis" <kwillis@coppinsmonroe.com>

**From:** Larry Katz <lakatz@lentolawgroup.com>
**Sent:** Monday, December 11, 2023 7:30:07 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Gwen Adkins <gadkins@coppinsmonroe.com>
**Cc:** Intake Manager <intake@lentolawgroup.com>
**Subject:** Roe (lento 556)

| EXTERNAL |
| --- |

Gwen,

Long story but I may be arriving a bit later.  Office made flight arrangement for wrong day.

Also, please bring a set of authorizations you want Roe to sign.

Finally, Roe family tells me they do not have a longer version of the video,

Larry



**Lawrence A. Katz, Esquire**
Senior Litigation Counsel
NJ Bar No. 027051988

**New Jersey Office**
Lento Law Group P.C.
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
P: (856) 652-2000   Ext. 497
F: (856) 375-1010

COMPOSITE EXHIBIT 1-A

**Philadelphia Office**
Lento Law Group P.C.
1650 Market Street - Suite 3600
Philadelphia, PA. 19103
P: (267) 833-0200
F: (267) 833-0300
lakatz@lentolawgroup.com
**www.lentolawgroup.com**

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

Atlanta, GA • Birmingham, AL • Coral Springs, FL • Detroit, MI • El Paso, TX • Flint, MI • Los Angeles, CA • Miami, FL • Mount Laurel, NJ
New York, NY • Orlando, FL • Philadelphia, PA • Richmond, VA • San Juan, PR • Scottsdale, AZ • Washington, DC

Subject: CANCELED RE: CONFIRMED RE: PLEASE CONFIRM IN PERSON REPORTER REQUEST--339558 Confirmation of Scheduling for 12/11/2023, Case: Travis Roe vs. Howard Fryer

Date: 12/11/2023 12:09 PM

From: "Janice Clark" <jclark@coppinsmonroe.com>

To: "Lexitas Scheduling - Florida" <fl.scheduling@lexitaslegal.com>

Cc: "Gwen Adkins" <gadkins@coppinsmonroe.com>, "Kelsey Willis" <kwillis@coppinsmonroe.com>, "Janice Clark" <jclark@coppinsmonroe.com>

---

Hello,  the deposition for today has been CANCELED.  We just received word from Opposing counsel that his flight was scheduled on the wrong day and was unable to rescheduled it for today.  We will rescheduled at another date soon.

Sorry for inconvenience.



**Janice Clark**
Legal Assistant
jclark@coppinsmonroe.com
WWW.COPPINSMONROE.COM

---

**From:** Lexitas Scheduling - Florida <fl.scheduling@lexitaslegal.com>
**Sent:** Friday, December 8, 2023 3:43 PM
**To:** Janice Clark <jclark@coppinsmonroe.com>
**Cc:** Gwen Adkins <gadkins@coppinsmonroe.com>; Kelsey Willis <kwillis@coppinsmonroe.com>
**Subject:** Re: CONFIRMED RE: PLEASE CONFIRM IN PERSON REPORTER REQUEST--339558  Confirmation of Scheduling for 12/11/2023, Case: Travis Roe vs. Howard Fryer

**EXTERNAL**

Hi Janice,

Thank you for your email advising - we will now let the Court Reporter and Videogarpher know.
Have a great weekend!
**Karen Pupo**
**Calendar Specialist**
**Main:** 888-811-3408

**LEXITAS**
**Reliability Proven. Trust Earned.**
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179.

> On Fri, Dec 8 at 3:33 PM , Janice Clark <jclark@coppinsmonroe.com> wrote:
>
> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.
>
> Hello,
>
> Court Reporter and Videographer are allowed to only bring the objects that they need for the deposition and they will need their ID.
>
> Thank you,
>
> CM
>
> **Janice Clark**
> Legal Assistant

about:blank

7/13/2026

COMPOSITE EXHIBIT 1-A

Page 2 of 4



jclark@coppinsmonroe.com
WWW.COPPINSMONROE.COM

From: Lexitas Scheduling - Florida <fl.scheduling@lexitaslegal.com>
Sent: Thursday, December 7, 2023 11:02 AM
To: Janice Clark <jclark@coppinsmonroe.com>
Cc: Gwen Adkins <gadkins@coppinsmonroe.com>; Kelsey Willis <kwillis@coppinsmonroe.com>; Janice Clark
<jclark@coppinsmonroe.com>
Subject: Re: CONFIRMED RE: PLEASE CONFIRM IN PERSON REPORTER REQUEST--339558  Confirmation of Scheduling for 12/11/2023,
Case: Travis Roe vs. Howard Fryer

EXTERNAL

Hi Janice,

We have this assignment confirmed, please advise us if anything changes.

Have a wonderful day!

**Frederike Wittmann**
Calendar Specialist

O: 888-811-3408 I F: 561-290-1595



**Reliability Proven. Trust Earned.**
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179.

On Thu, Dec 7 at 10:53 AM , Janice Clark <jclark@coppinsmonroe.com> wrote:
    **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

ello,

Yes this videotaped deposition for 12/11/23 at Bradford County Jail is confirmed.

Thank you,

CM



*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
WWW.COPPINSMONROE.COM

From: Lexitas Scheduling <fl.scheduling@lexitaslegal.com>
Sent: Thursday, December 7, 2023 10:16 AM
To: Janice Clark <jclark@coppinsmonroe.com>
Subject: PLEASE CONFIRM IN PERSON REPORTER REQUEST--339558  Confirmation of Scheduling for 12/11/2023,
Case: Travis Roe vs. Howard Fryer

EXTERNAL

Hello,

about:blank

7/13/2026

We hope this email finds you well!

As you may know, our country is facing a nationwide court reporter shortage. To ensure we can properly place our resources, we are requesting an early confirmation for your setting two business days away due to the in-person court reporter request you have made.

Please review the details below for accuracy and let us know if confirmed or cancelled, as well as an estimated duration.

If you can confirm, please remember to reach back out to us if anything changes.

Thank you so much for your help in these efforts and have a wonderful day!

Important Note: Zoom is releasing an update on 02/04/23 that requires your Zoom application to be updated to the minimum version of 5.8.6 or above. Users not updated to the minimum version may not be able to log in to their remote proceedings.

---

**PLEASE VERIFY ALL DETAILS FOR ACCURACY**

This Confirmation is being sent to confirm that the details of the below setting are going forward on 12/11/2023 and that nothing about the setting has changed. Please verify and respond via email to confirm. If confirmed and no details have changed, this is your Confirmation for this proceeding. **If we do not receive a response to this final confirmation by 5:00 PM (EST), we will not be able to reserve a reporter for this setting and, therefore, cannot guarantee coverage.**

Please note that the reporter will record Zoom meetings created by Lexitas for audio backup redundancy purposes. If you or another party object to having this precautionary backup system recording during the meeting, please let the reporter know, and they will not record. This is being done to preserve an additional backup of the audio record in the event of any potential technical issues.

Please contact Scheduling at 888-811-3408 or fl.scheduling@lexitaslegal.com with any questions.

---

Video Deposition - Live/In-Person

| | | | |
|---|---|---|---|
| **Job Number:** | 339558 | **Start Time:** | 1:00PM Eastern Standard Time |
| **Job Date:** | 12/11/2023 | **Finish Time:** | **5:00PM** |

**Case Caption:** Travis Roe vs. Howard Fryer
**Case No.:** **322CV971MMHLLL**

**Judge or Witness(es):** **Travis Roe**

**In-Person Job Location (if applicable):**
**Bradford County Jail**
945 N Temple Avenue
Starke, FL 32091

**Remote Job Location (if applicable):** **Please note, if this is a Remote Proceeding: the meeting connection link can be found within the body of the original email. Please do not click on the link within the attached PDF file.**
**Contact our Remote Proceeding Helpdesk if you need any assistance: 561-229-0695**
**If this is not a remote proceeding, please disregard this note. Thank you.**

**Calendar Notes:**
**Lexitas to Provide:**
**In-Person Court Reporter**
**In-Person Videographer**

**Additional Notes:**
**All parties will appear in person.**

CLIENT INFORMATION

| | | | |
|---|---|---|---|
| **Attorney/Client:** | Gwendolyn Adkins | **Scheduled By:** | Janice Clark |
| | gadkins@coppinsmonroe.com | | **11/30/2023** |

**Law Firm/Entity:** Coppins, Monroe, Adkin & Dincman, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308
Phone: 850-422-2420

CANCELLATION AND BILLING POLICIES

COMPOSITE EXHIBIT 1-A

Page 4 of 4

**CONFERENCE ROOM CANCELLATION POLICY**: A late cancellation fee may be charged for all assignments where conference rooms are booked and not cancelled more than 24 hours before the scheduled date.

**REPORTER CANCELLATION POLICY**: A late cancellation fee may be charged for all assignments not cancelled by the close of business the day before (5:00 p.m.) the scheduled date. Reporters are independent contractors and when they have been assigned to cover and the job cancels they have no opportunity to earn a living that day.

**VIDEO CANCELLATION POLICY:** A late cancellation fee may be charged for all assignments not cancelled by the close of business day before the scheduled date or cancelled with less than 2.5 hours' notice on the scheduled date.

**INTERPRETER CANCELLATION POLICY**: A late cancellation fee may apply for all assignments not canceled 24 hours before the scheduled date and time. Interpreters are independent contractors, and when they have accepted to cover an assignment, and there is insufficient notice of a cancellation, interpreters are likely to bill for the hours reserved. **Please note that interpreter cancellations, rates, and billing minimums can vary based on requested language and availability. Please let us know if you would like a quote prepared for this particular job.**

**BILLING**: The party identified above is the contracting party unless otherwise agreed in writing prior to the rendition of services. The party and/or firm is entirely responsible for the complete payment of all costs, fees and expenses incurred as described above (excluding only services ordered by other parties' counsel). Payment is due upon rendition of each invoice. Please note that Lexitas will invoice each ordering party regardless of case venue-specific rules.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179.

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

# INVOICE

**Amount Due (USD)**
**$326.50**

SF - Roe (4296)

PAID
35624
12/28

BILL TO
**Coppins Monroe**
2316 Killearn Center Boulevard
Suite 202
Tallahassee, Florida 32309
United States

850.422.2420
invoices@coppinsmonroe.com

**Invoice Number:** CCD231221

**Invoice Date:** December 21, 2023

**Payment Due:** February 4, 2024

| ITEMS | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Digital Writing Time** | 1 | $85.00 | $85.00 |
| **Digital Transcript** Deputy Mark Maertz | 11 | $5.25 | $57.75 |
| **Digital Transcript** Detective Clinton Redmond | 20 | $5.25 | $105.00 |
| **Digital Transcript** Travis Roe | 15 | $5.25 | $78.75 |

| | |
|---|---|
| **Subtotal:** | $326.50 |
| **Total:** | $326.50 |
| **Amount Due (USD):** | **$326.50** |

Pay this invoice online at:
link.waveapps.com/busjcc-4jcpwu

   
VISA    DISCOVER    Bank Payment    AMERICAN EXPRESS

**Capital City Court Reporters**
3122 Mahan Drive
Suite 801-350
Tallahassee, Florida 32308
United States

**Contact Information**
Phone: 850.459.1323
Mobile: 904.866.0741

EXHIBIT 1-B



## INVOICE

**Amount Due (USD)**
**$326.50**

**Notes / Terms**
In re: Roe v CCSO 4296 - Transcription of Audio Recordings.
Thank you!

Checks payable to Capital City Court Reporters. Payment is not contingent on client reimbursement.

**Capital City Court Reporters**
3122 Mahan Drive
Suite 801-350
Tallahassee, Florida 32308
United States

**Contact Information**
Phone: 850.459.1323
Mobile: 904.866.0741

## EXHIBIT 1-C

SF-Roe (4296)

# INVOICE

1 of 1





1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL: 888-811-3408      FAX: 561-290-1595
fl.billing@lexitaslegal.com      lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 326628 | 1/3/2024 | 341226 |
| **Job Date** | **Case No.** | |
| 12/14/2023 | 322CV971MMHLLL | |
| **Case Name** | | |
| Travis Roe vs. Howard Fryer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Gwendolyn Adkins
Coppins, Monroe, Adkin & Dincman, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

VIDEO RECORDED DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Travis Roe | 134.00 Pages | @ | 5.400 | 723.60 |
| Deposition: First Hour | 1.00 Hour(s) | @ | 85.000 | 85.00 |
| Deposition: Additional Hour(s) | 2.50 Hour(s) | @ | 65.000 | 162.50 |
| Transcript Technology Package | 1.00 | @ | 45.000 | 45.00 |
| Remote Connection (LegalView) | 1.00 | @ | 100.000 | 100.00 |
| Paperless Delivery:  One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |

| TOTAL DUE  >>> | **$1,116.10** |
|---|---|
| AFTER 2/17/2024  PAY | $1,227.71 |

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.

Pay your invoice here:  https://www.lexitaslegal.com/pay-invoice

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179.

| (-) **Payments/Credits:** | 0.00 |
|---|---|
| (+) **Finance Charges/Debits:** | 0.00 |
| (=) **New Balance:** | **$1,116.10** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins
Coppins, Monroe, Adkin & Dincman, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

| Invoice No. | : 326628 |
|---|---|
| Invoice Date | : 1/3/2024 |
| **Total Due** | : **$1,116.10** |

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

| Job No. | : 341226 |
|---|---|
| BU ID | : FL-NORTH |
| Case No. | : 322CV971MMHLLL |
| Case Name | : Travis Roe vs. Howard Fryer |

## EXHIBIT 1-D

SF-Clay (4296)

### DiPIERO COURT REPORTING

*REGISTERED PROFESSIONAL REPORTERS*
*1175 MARLKRESS ROAD, UNIT 2460*
*CHERRY HILL, NJ  08034*
*(215) 735-8101*
*I.R.S. I.D.# 23-2086290*



36067
6/6

GWENDOLYN P. ADKINS, ESQUIRE
COPPINS MONROE, PA
2316 KILLEARN CENTER BLVD. STE. 202
TALLAHASSEE, FLORIDA  32309

June  3, 2024

**Invoice#** 00077991

**Balance:**    $552.55

**Re:** TRAVIS ROE VS. SHERIFF OD CLAY COUNTY, FLORIDA, ETAL
DEPUTY CLINT REDMOND & SGT. MARK MAERTZ
on 03/04/24  *Billed* 04/09/24
*by* AK

<--  **55 Days Old!**

## Invoicing Information

Charge Description
ZOOM DEPOSITIONS OF SGT. MARK MAERTZ AND
DEPUTY CLINT REDMOND
170 TOTAL PAGES - ONE COPY OF TRANSCRIPTS
TRANSCRIPT PROVIDED IN FULL & CONDENSED FORMATS

1.50% per month on unpaid balance

**P l e a s e   R e m i t  - - - >**   **Total Due:**   $552.55

*WE ACCEPT ALL MAJOR CREDIT CARDS*
*THANK YOU FOR YOUR CONTINUED BUSINESS*

**This invoice is   55   days past due, Please Remit - Thank You!**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

EXHIBIT 1-E

SF-Clay (4296)

## DiPIERO COURT REPORTING



*REGISTERED PROFESSIONAL REPORTERS*
*1175 MARLKRESS ROAD, UNIT 2460*
*CHERRY HILL, NJ   08034*
*(215) 735-8101*
*I.R.S. I.D.# 23-2086290*


GWENDOLYN P. ADKINS, ESQUIRE
COPPINS MONROE, PA
2316 KILLEARN CENTER BLVD. STE. 202
TALLAHASSEE, FLORIDA   32309

June  3, 2024

**Invoice#** 00077993

**Balance:**    $234.05

**Re:** TRAVIS ROE VS. SHERIFF OD CLAY COUNTY, FLORIDA, ETAL
DET. ROB SCHOONVER
*on* 03/07/24  *Billed* 04/09/24          **<-- 55 Days Old!**
*by* AK

## *Invoicing Information*

Charge Description
ZOOM DEPOSITION OF DET. ROB SCHOONOVER
72 PAGES - ONE COPY OF TRANSCRIPT
TRANSCRIPT PROVIDED IN FULL & CONDENSED FORMATS


1.50% per month on unpaid balance


P l e a s e   R e m i t   - - - >   Total Due:    $234.05


*WE ACCEPT ALL MAJOR CREDIT CARDS*
*THANK YOU FOR YOUR CONTINUED BUSINESS*

**This invoice is   55   days past due, Please Remit - Thank You!**
*********************************************************************

**EXHIBIT 1-F**



**Katharine M. Healey, RMR, FPR**
PO Box 56814
Jacksonville, FL 32241-6814 United States
katharinehealey@bellsouth.net | (904) 662-0457

*SF-Roe
(4296)*



*37863
4/1*

Invoice #20230058

**Issue date**
Mar 25, 2026

# Invoice #20230058

Travis Roe vs. Mark Maertz, 3/23/26 Final Pretrial Conference hearing held before the Honorable Marcia Morales Howard.

**Customer**
Gwen Adkins
Coppins Monroe, P.A.
gadkins@coppinsmonroe.com
(850) 422-2420
2316 Killearn Center Boulevard
Suite 202
Tallahassee, FL 32309

**Invoice Details**
PDF created March 25, 2026
$346.80

**Payment**
Due March 25, 2026
$346.80

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 14-day transcript | 68 | $5.10 | $346.80 |
| Subtotal | | | $346.80 |

## Total Due  $346.80



**Pay online**

**To pay your invoice go to https://squareup.com/u/08UXyuJL**
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1