## EXHIBIT 2

| FEES FOR WITNESSES | | |
|---|---|---|
| **EXHIBIT** | **DESCRIPTION** | **AMOUNT** |
| 2-A | Clinton Redmond Airline Tavel (April Trial); United Airlines, CM Check No. 37820 | $ 507.80 |
| 2-B | Clinton Redmond Airline Travel (April Trial); United Airlines, CM Check No. 37889 | $200.88 |
| 2-C | Sean Bader CM Check No. 37914 | $ 40.00 |
| 2-D | Howard Fryer CM Check No. 39713 | $ 84.23 |
| 2-E | Clinton Redmond Airline Tavel (June Trial); United Airlines, Mastercard **0084 | $ 1,345.81 |
| | **TOTAL:** | **$ 2,178.72** |

**EXHIBIT 2-A**



37820

3/18

## TRAVEL REIMBURSEMENT VOUCHER (2026)

CLIENT/CASE NAME: SF-Roe

CLIENT NO.: 4296                    INITIALS GPA

TRAVEL TO: _____

PURPOSE OF TRAVEL: _____

DATE OF TRAVEL: 3/10/26 Charge to credit card for April travel

MILEAGE: _____ miles at $0.725 per mile          $ 0.00

**OUT OF POCKET EXPENSES** (Do NOT include Firm Mastercard charges here but do include anything on a personal credit card you need reimbursed.)

United Airlines - Witness Clint Redmc4.

5.

6.

**TOTAL CHARGES TO BE REIMBURSED:**          $ 507.80

* * * * * * * * * * * * * * * * *

## EXPENSES ON FIRM MASTERCARD:

_____     $ _____

_____     $ _____

_____     $ _____

**TOTAL CHARGES ON FIRM CREDIT CARD:**          $ 0.00

**TOTAL TO BE BILLED TO CLIENT:**          $ 507.80

PLEASE SUBMIT ALL TRAVEL EXPENSES/RECEIPTS PER TRIP TOGETHER USING **ONE** VOUCHER.

FOR BOOKKEEPING ONLY:

Reimbursed to Attorney: Date _____     Check No. _____

POSTED TO:          CENTERBASE _____     MC: _____

EXHIBIT 2-A

**Justin McTamney**

| | |
|---|---|
| **From:** | Clinton Redmond ▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Tuesday, March 10, 2026 11:50 AM |
| **To:** | Gwen Adkins |
| **Subject:** | Fwd: eTicket Itinerary and Receipt for Confirmation PNY8BZ |

**EXTERNAL**

---------- Forwarded message ---------
From: **United Airlines** <Receipts@united.com>
Date: Tue, Mar 10, 2026 at 9:48 AM
Subject: eTicket Itinerary and Receipt for Confirmation PNY8BZ
To: ▮▮▮▮▮▮▮▮▮▮

Tue, Mar 10, 2026

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PNY8BZ

| Flight 1 of 4 UA5818 | Class: United Economy (K) |
|---|---|
| Sat, Apr 04, 2026 | Sat, Apr 04, 2026 |
| **07:05 AM** | **08:35 AM** |
| Casper, WY, US (CPR) | Denver, CO, US (DEN) |

Flight Operated by SKYWEST DBA UNITED EXPRESS.

| Flight 2 of 4 UA1451 | Class: United Economy (K) |
|---|---|

1

## EXHIBIT 2-A

U.S. Passenger Facility Charge: **18.00**

Total Per Passenger: **507.80 USD**

# Total: **507.80 USD**

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sat, Apr 04, 2026 Casper, WY, US (CPR) to Jacksonville, FL, US (JAX) | 0.00 USD | 0.00 USD | 100lbs(45kg) - 126in(320cm) | 100lbs(45kg) - 126in(320cm) |
| Thu, Apr 09, 2026 Jacksonville, FL, US (JAX) to Casper, WY, US (CPR) | 0.00 USD | 0.00 USD | 100lbs(45kg) - 126in(320cm) | 100lbs(45kg) - 126in(320cm) |

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

3

# EXHIBIT 2-B

 

## CHECK REQUEST

**Client Information:**

Date:                       April 7, 2026

Client No.:                 4296

Client Name:                SF-Roe

Requested By                **Leslie Thomas**

**Select One:**

☒        General Account - Client Costs

☐        General Account - Firm Expense

☐        Trust Account

**Check Information:**

Name of Payee:              Leslie Thomas
(Include Address)

Explanation:                Reimb. pers CC use (SF-Roe trial)-Airline change fee for Clinton Redmond

Amount:                     $200.88

Approved:

**EXHIBIT 2-B**

# CHASE

Printed from Chase Personal Online

*Clinton Redmond*
*flight change*

## Transaction details

*SF-Roe (4296)*

Freedom Unlimited (... ⬛ )

## $200.88
Sale

 Apr 02, 2026
Transaction date

Apr 05, 2026
Posted date

 United Airlines
United Airlines

| | |
|---|---|
| Description | United Airlines |
| Also known as | United Airlines |
| Merchant type | UNITED AIRLINES |
| Method | Online, mail or phone |
| Card number | ⬛ |
| Category | Travel |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

## EXHIBIT 2-B

*Change Fee: #200.88*

Thu, Apr 30, 2026
## 08:15 AM
Jacksonville, FL, US (JAX)

Thu, Apr 30, 2026
## 10:18 AM
Denver, CO, US (DEN)

| Flight 4 of 4 UA4687 | Class: United Economy (V) |
| --- | --- |

Thu, Apr 30, 2026
## 11:25 AM
Denver, CO, US (DEN)

Thu, Apr 30, 2026
## 12:41 PM
Casper, WY, US (CPR)

Flight Operated by SKYWEST DBA UNITED EXPRESS.

Traveler Details

REDMOND/CLINTON

eTicket number: **0162390287750**

Seats: **CPR-DEN 21D**
**DEN-JAX 37B**
**JAX-DEN 27B**
**DEN-CPR 13A**

Purchase Summary

Method of payment:

**Previous Ticket Balance**
**Visa ending in** ▇

Date of purchase:

**Thu, Apr 02, 2026**

| | |
| --- | --- |
| Airfare: | **622.21** |
| U.S. Transportation Tax: | **46.67** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| U.S. Flight Segment Tax: | **10.60** |
| U.S. Passenger Facility Charge: | **18.00** |
| Total Per Passenger: | **708.68 USD** |

**Total:** **708.68 USD**

**Additional Collection**

2





37914

4/20

# CHECK REQUEST

---

### Client Information:

Date:                4/20/26

Client No.:          4296

Client Name:         Travis Roe v Mark Maertz

Requested By:        **Kelsey Willis**

---

### Select One:

☒        General Account - Client Costs

☐        General Account - Firm Expense

☐        Trust Account

---

### Check Information:

Name of Payee:       Sean Bader
(Include Address)    Florida Dept of Law Enforcement
                     921 N Davis Street E
                     Jacksonville, FL 32209

Explanation:         Roe Trial Witness Fee

Amount:              $40.00

---

Approved: _____

EXHIBIT 2-E

EXHIBIT 2-D



## CHECK REQUEST



39713

4/20

**Client Information:**

Date:              4/20/26

Client No.:        4296

Client Name:       Travis Roe v Mark Maertz

Requested By:      **Kelsey Willis**

**Select One:**

☒        General Account - Client Costs

☐        General Account - Firm Expense

☐        Trust Account

**Check Information:**

Name of Payee:      Howard Fryer
(Include Address)   Baker County Sheriff's Office
                    1 Sheriff's Office Drive
                    Maclenny, FL 32063

Explanation:        Roe Trial Witness Fee

Amount:             $84.23

Approved: _____

**EXHIBIT 2-E**

# Thanks Clinton for choosing United!

## Confirmation number: BZCK5V

Manage my trip



### Economy Plus & Extra Bag

Enjoy the comfort of Economy Plus and an extra checked bag.

**$105 plus tax, per person**



### Economy Plus® & Premier Access

Complement your trip with Economy Plus seating and Premier Access.

**$129 plus tax, per person**



### Upgrade to Economy Plus®

Extra legroom, in-seat power and seating closer to the front.

**$77 plus tax, per person**

 1/3

EXHIBIT 2-E

6/12/26, 4:07 PM                                        Booking Confirmation — United Airlines

# Flight details

### Flight to Jacksonville

| Depart | Arrive | FLIGHT INFO | |
|---|---|---|---|
| Tue, Jun 23, 2026 | Tue, Jun 23, 2026 | Flight | UA 5513 |
| 5:15 AM | 6:47 AM | | Operated by SKYWEST DBA UNITED EXPRESS |
| | | Duration | 1h 32m |
| **CPR** | **DEN** | Aircraft | Bombardier CRJ200 |
| | | Emissions | 343 kg $CO_2$ |
| | | Fare Class | United Economy (U) |
| Casper, WY, US | Denver, CO, US | Seats | 4B |

········· 55m connection ·········

| Depart | Arrive | FLIGHT INFO | |
|---|---|---|---|
| Tue, Jun 23, 2026 | Tue, Jun 23, 2026 | Flight | UA 1720 |
| 7:42 AM | 11:15 AM | Duration | 2h 33m |
| | | Aircraft | Airbus A321neo |
| **DEN** | **IAH** | Emissions | 92 kg $CO_2$ |
| | | Fare Class | United Economy (U) |
| Denver, CO, US | Houston, TX, US | Seats | 29B |

········· 55m connection ·········

| Depart | Arrive | FLIGHT INFO | |
|---|---|---|---|
| Tue, Jun 23, 2026 | Tue, Jun 23, 2026 | Flight | UA 2863 |
| 12:10 PM | 3:31 PM | Duration | 2h 21m |
| | | Aircraft | Airbus A319 |
| **IAH** | **JAX** | Emissions | 138 kg $CO_2$ |
| | | Fare Class | United Economy (U) |
| Houston, TX, US | Jacksonville, FL, US | Seats | 28B |

### Flight to Casper

| Depart | Arrive | FLIGHT INFO | |
|---|---|---|---|
| Fri, Jun 26, 2026 | Fri, Jun 26, 2026 | Flight | UA 671 |
| 8:09 AM | 9:55 AM | Duration | 3h 46m |
| | | Aircraft | Boeing 737-800 |
| **JAX** | **DEN** | Emissions | 265 kg $CO_2$ |
| | | Fare Class | United Economy (U) |

## EXHIBIT 2-E

| Jacksonville, FL, US | Denver, CO, US | Seats | 31E |
|---|---|---|---|

*1h 33m connection*

| Depart | Arrive | FLIGHT INFO | |
|---|---|---|---|
| Fri, Jun 26, 2026 | Fri, Jun 26, 2026 | Flight | UA 4687 |
| 11:28 AM | 12:42 PM | | Operated by SKYWEST DBA UNITED EXPRESS |
| | | Duration | 1h 14m |
| **DEN** | **CPR** | Aircraft | Embraer E170 |
| | | Emissions | 90 kg $CO_2$ |
| | | Fare Class | United Economy (U) |
| Denver, CO, US | Casper, WY, US | Seats | 17A |

# Calculate bag charges

### Casper, WY → Jacksonville, FL
June 23, 2026

| FIRST BAG | $50 |
|---|---|
| SECOND BAG | $60 |
| WEIGHT PER BAG | 50lbs (23kgs) |

### Jacksonville, FL → Casper, WY
June 26, 2026

| FIRST BAG | $50 |
|---|---|
| SECOND BAG | $60 |
| WEIGHT PER BAG | 50lbs (23kgs) |

These are estimates of additional bag service charges that may apply to your itinerary. Service charges may vary by traveler, depending on status or memberships. First and second bag service charges do not apply to active duty-members of the U.S. military and their accompanying dependents. For additional information, visit united.com/baggage.

*Site Feedback*

EXHIBIT 2-E



| | |
|---|---|
| You paid today | $1,345.81 |
| Card statement credit | -$400.00 |
| Total after statement credit | $945.81 |

## Purchase Summary

| | |
|---|---|
| ∨ Fare | $1,186.98 |
| 1 adult 18+ | $1,186.98 |
| ❯ Premium Add-Ons | $22.99 |
| **Taxes and Fees** | **$135.84** |
| ❯ Adult (18+) | $135.84 |
| **TOTAL** | **$1,345.81** |

**Credit card payment:**  $1,345.81  (Mastercard * ███)

Site Feedback

## Travelers



👤 **Clinton Redmond**

## EXHIBIT 2-E

01621114055466

**Special seating accommodations**                              ⌄

**About carry-on and checked bags**                             ⌄

Site Feedback

**Important travel information**                                ⌄

EXHIBIT 2-E

Site Feedback