EXHIBIT 3

## DECLARATION OF GWENDOLYN P. ADKINS
## IN SUPPORT OF DEFENDANTS' BILL OF COSTS

GWENDOLYN P. ADKINS deposes and says:

1.    My name is Gwendolyn P. Adkins. I am an attorney in good standing with The Florida Bar and a partner with the law firm of Coppins Monroe, P.A. I am counsel of record for Defendants in the case of *Travis Roe v. Mark Maertz, et al.,* USDC, Middle District of Florida, Case No. 3:22-cv-971-MMH-LLL.

2.    The taxable costs itemized above in Exhibits 1 and 2 are true and correct, are reasonable, and were necessarily incurred in the defense of this action. The services for which fees have been charged were actually performed. Each itemized cost is supported with the corresponding invoice, receipt, and/or proof of payment which are true and accurate copies of business records maintained by this firm.

FURTHER AFFIANT SAYETH NOT.

**Pursuant to 28 U.S.C. §1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this 13th day of July 2026.

*Gwendolyn P. Adkins*

Gwendolyn P. Adkins