COMPOSITE EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                              CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

**NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER
OF JUDGMENT BY DEFENDANT HOWARD FRYER**

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P., Defendant HOWARD FRYER, in his individual capacity, hereby gives notice that the Plaintiff TRAVIS ROE has been served this date with a copy of Defendant's Proposal for Settlement and Offer of Judgment dated July 5, 2023.

          */s/ Gwendolyn P. Adkins*



     Gwendolyn P. Adkins,
     (FBN: 0949566)
     gadkins@coppinsmonroe.com
     jclark@coppinsmonroe.com
     kwillis@coppinsmonroe.com

Coppins Monroe, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID

<span style="color:red">COMPOSITE EXHIBIT 1</span>

BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

*/s/ Gwendolyn P. Adkins*
Attorney

COMPOSITE EXHIBIT 1

| | |
|---|---|
| **From:** | Janice Clark |
| **To:** | lakatz@lentolawgroup.com; Notices@lentolawgroup.com |
| **Cc:** | Gwen Adkins; Kelsey Willis; Janice Clark |
| **Subject:** | WARNING: Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other) - Proposal of Settlement |
| **Date:** | Wednesday, July 5, 2023 6:11:23 PM |
| **Attachments:** | doc 67 Fryer NOS of PFS-OJ.pdf<br>image002.png<br>Fryer PFS (100) to PL.pdf<br>image004.png |

| WARNING – SERVICE OF COURT DOCUMENTS | | |
|---|---|---|
| | COPPINS MONROE, P.A.<br>1319 Thomaswood Dr.<br>Tallahassee, FL 32308<br>www.CoppinsMonroe.com | *Gwendolyn P. Adkins*, Esq., *FBN: 0949566*<br>gadkins@coppinsmonroe.com<br>kwillis@coppinsmonroe.com<br>jclark@coppinsmonroe.com<br>Office: 850-422-2420<br>Fax: 850-422-2730 |
| Court: | United States District Court Middle District of Florida Jacksonville Division | |
| Case No: | 3:22-cv-00971-MMH/LLL | |
| Plaintiff(s): | TRAVIS ROE | |
| Defendant(s): | MICHELLE COOK et al. | |
| Document(s): | 1. **FRYER NOTICE OF SERVICE OF PROPOSAL OF SERVICE/OFFER OF JUDGMENT**<br>    **A. Fryer Proposal of Service/Officer of Judgment** | |
| Date: | July 5, 2023 | |
| Electronic Filing ID: | N/A | |
| Notes: | The attached document(s) are being electronically served on you, service by mail **_will not_** follow. | |

CM

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
www.CoppinsMonroe.com

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Wednesday, July 5, 2023 4:32 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other)

COMPOSITE EXHIBIT 1

EXTERNAL

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered by Adkins, Gwendolyn on 7/5/2023 at 4:31 PM EDT and filed on 7/5/2023

| | |
|---|---|
| **Case Name:** | Roe v. Fryer, et al |
| **Case Number:** | 3:22-cv-00971-MMH-LLL |
| **Filer:** | Howard E. Fryer |
| **Document Number:** | 67 |

**Docket Text:**
**NOTICE by Howard E. Fryer *OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT* (Adkins, Gwendolyn)**

**3:22-cv-00971-MMH-LLL Notice has been electronically mailed to:**

Gwendolyn Palmer Adkins     gadkins@coppinsmonroe.com, cmadefiling@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

Lawrence A. Katz     lakatz@lentolawgroup.com, notices@lentolawgroup.com

**3:22-cv-00971-MMH-LLL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

COMPOSITE EXHIBIT 1

[STAMP dcecfStamp_ID=1069447731 [Date=7/5/2023] [FileNumber=23334183-0
] [215d86534475f71d9d97940af0896b96b9101f17d481f635672d254b5b4eff7f26b
7b0bf94e2cb3762e935bd36d94fde759422a8c6d88133fa6b403bc9fd1714]]

COMPOSITE EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                                                                CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

## PROPOSAL FOR SETTLEMENT /
## OFFER OF JUDGMENT BY DEFENDANT HOWARD FRYER

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P.,

Defendant HOWARD FRYER, in his individual capacity, hereby proposes or

offers to settle the assault, battery, and intentional infliction of emotional

distress claims that Plaintiff TRAVIS ROE has against him in this litigation

described in Counts V, VI, and VII of Plaintiff's Third Amended Complaint, on

the following basis:

     a.     The party making the proposal is Howard Fryer, in his individual

capacity, and the party to whom the proposal is being made is Plaintiff Travis

Roe.

     b.     This proposal or offer is attempting to resolve only Plaintiff's

assault, battery, and intentional infliction of emotional distress claims against

Defendant Fryer found in Counts V, VI, and VII of the Third Amended Complaint, and all damages that would otherwise be awarded in a final judgment in this action and all claims against Howard Fryer, in his individual capacity, associated with Counts V, VI, and VII of the Third Amended Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant Howard Fryer in his individual capacity, including punitive damages, relating in any manner to the claims made in Counts V, VI, and VII of the Third Amended Complaint against Defendant Howard Fryer.

c.   The condition of this settlement proposal is that Plaintiff will dismiss all pending claims for assault, battery, and intentional infliction of emotional distress under Florida state common law (Counts V, VI, and VII) of his Third Amended Complaint against Defendant Howard Fryer, in his individual capacity, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d.   The total amount of the proposal or offer to Plaintiff is ONE HUNDRED and NO/100 dollars ($100.00).

e.   There are alleged claims for punitive damages in this proceeding. This offer includes payment of any amount for such claims.

2

f.      The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. Plaintiff is making a claim for the recovery of fees in his complaint.

g.      This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant Howard Fryer, in his official capacity, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.      If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Fryer shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

3

COMPOSITE EXHIBIT 1

Respectfully submitted this 5th day of July 2023.

/s/ Gwendolyn P. Adkins



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID
BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of

record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

/s/ Gwendolyn P. Adkins
Attorney

4

COMPOSITE EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                               CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

**NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT BY DEFENDANT JOSEPH BUCCI**

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P., Defendant JOSEPH BUCCI, in his individual capacity, hereby gives notice that the Plaintiff TRAVIS ROE has been served this date with a copy of Defendant's Proposal for Settlement and Offer of Judgment dated July 5, 2023.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID

COMPOSITE EXHIBIT 1

BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI


**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing has been furnished to all counsel of record this <u>5th</u> day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*


*/s/ Gwendolyn P. Adkins*
Attorney

<span style="color:red">COMPOSITE EXHIBIT 1</span>

| | |
|---|---|
| **From:** | Janice Clark |
| **To:** | lakatz@lentolawgroup.com; Notices@lentolawgroup.com |
| **Cc:** | Gwen Adkins; Kelsey Willis; Janice Clark |
| **Subject:** | WARNING: SERVICE OF COURT DOCUMENTS - : Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other) - PROPOSAL FOR SETTLMENT/OFFER OF JUDGMENT |
| **Date:** | Wednesday, July 5, 2023 6:15:20 PM |
| **Attachments:** | doc 68 Bucci NOS of PFS-OJ.pdf |
| | image002.png |
| | Bucci PFS (100) to PL.pdf |
| | image004.png |

| WARNING – SERVICE OF COURT DOCUMENTS | | |
|---|---|---|
| **CM COPPINS MONROE** | COPPINS MONROE, P.A.<br>1319 Thomaswood Dr.<br>Tallahassee, FL 32308<br>www.CoppinsMonroe.com | *Gwendolyn P. Adkins*, Esq., *FBN: 0949566*<br>*gadkins@coppinsmonroe.com*<br>*kwillis@coppinsmonroe.com*<br>*jclark@coppinsmonroe.com*<br>Office: 850-422-2420<br>Fax: 850-422-2730 |
| Court: | United States District Court Middle District of Florida Jacksonville Division | |
| Case No: | 3:22-cv-00971-MMH/LLL | |
| Plaintiff(s): | TRAVIS ROE | |
| Defendant(s): | MICHELLE COOK et al. | |
| Document(s): | 1. **Bucci NOTICE OF SERVICE OF PROPOSAL OF SERVICE/OFFER OF JUDGMENT**<br>        **A. Bucci Proposal of Service/Officer of Judgment** | |
| Date: | July 5, 2023 | |
| Electronic Filing ID: | N/A | |
| Notes: | The attached document(s) are being electronically served on you, service by mail **will not** follow. | |

CM

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
www.CoppinsMonroe.com

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Wednesday, July 5, 2023 4:34 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other)

COMPOSITE EXHIBIT 1

**EXTERNAL**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered by Adkins, Gwendolyn on 7/5/2023 at 4:33 PM EDT and filed on 7/5/2023

| | |
|---|---|
| **Case Name:** | Roe v. Fryer, et al |
| **Case Number:** | 3:22-cv-00971-MMH-LLL |
| **Filer:** | Joseph Bucci |
| **Document Number:** | 68 |

**Docket Text:**
**NOTICE by Joseph Bucci *OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT* (Adkins, Gwendolyn)**

**3:22-cv-00971-MMH-LLL Notice has been electronically mailed to:**

Gwendolyn Palmer Adkins     gadkins@coppinsmonroe.com, cmadefiling@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

Lawrence A. Katz     lakatz@lentolawgroup.com, notices@lentolawgroup.com

**3:22-cv-00971-MMH-LLL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

COMPOSITE EXHIBIT 1

[STAMP dcecfStamp_ID=1069447731 [Date=7/5/2023] [FileNumber=23334203-0
] [51c18ec527686518d3b540d2c0fa988dcde8c47760e613d3099e681fa210598223f
36be385ed9f21293c1364fdf4a060e5ffbb384f6168cd96df4bd858963932]]

COMPOSITE EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                            CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

**PROPOSAL FOR SETTLEMENT /
OFFER OF JUDGMENT BY DEFENDANT JOSEPH BUCCI**

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P.,
Defendant JOSEPH BUCCI, in his individual capacity, hereby proposes or
offers to settle the negligent hiring and negligent retention claims that
Plaintiff TRAVIS ROE has against him in this litigation described in Counts
VIII and IX of Plaintiff's Third Amended Complaint, on the following basis:

     a.     The party making the proposal is Joseph Bucci, in his individual
capacity, and the party to whom the proposal is being made is Plaintiff Travis
Roe.

     b.     This proposal or offer is attempting to resolve only Plaintiff's
negligent hiring and negligent retention claims against Defendant Joseph
Bucci found in Counts VIII and IX of the Third Amended Complaint, and all

damages that would otherwise be awarded in a final judgment in this action and all claims against Joseph Bucci, in his individual capacity, associated with Counts VIII and IX of the Third Amended Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant Joseph Bucci, in his individual capacity, including punitive damages, relating in any manner to the claims made in Counts VIII and IX of the Third Amended Complaint against Defendant Joseph Bucci.

c.    The condition of this settlement proposal is that Plaintiff will dismiss all pending claims for negligent hiring and negligent retention under Florida state common law (Counts VIII and IX) of his Third Amended Complaint against Defendant Joseph Bucci, in his individual capacity, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d.    The total amount of the proposal or offer to Plaintiff is ONE HUNDRED and NO/100 dollars ($100.00).

e.    There are alleged claims for punitive damages in this proceeding. This offer includes payment of any amount for such claims.

f.    The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. Plaintiff is making a claim for the recovery of fees in his complaint.

2

COMPOSITE EXHIBIT 1

g.      This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant Joseph Bucci, in his individual capacity, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.      If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Bucci shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

COMPOSITE EXHIBIT 1

Respectfully submitted this 5th day of July 2023.

/s/ Gwendolyn P. Adkins


Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 ǀ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID
BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of

record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

/s/ Gwendolyn P. Adkins
Attorney

4

<span style="color:red">COMPOSITE EXHIBIT 1</span>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                               CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT BY DEFENDANT DAVID BARNES

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P., Defendant DAVID BARNES, in his individual capacity, hereby gives notice that the Plaintiff TRAVIS ROE has been served this date with a copy of Defendant's Proposal for Settlement and Offer of Judgment dated July 5, 2023.

/s/ Gwendolyn P. Adkins



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID

COMPOSITE EXHIBIT 1

BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished to all counsel of record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*


/s/ Gwendolyn P. Adkins
Attorney

2

COMPOSITE EXHIBIT 1

| | |
|---|---|
| **From:** | Janice Clark |
| **To:** | lakatz@lentolawgroup.com; Notices@lentolawgroup.com |
| **Cc:** | Gwen Adkins; Kelsey Willis; Janice Clark |
| **Subject:** | RESEND: WARNING: SERVICE OF COURT DOCUMENT: Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other) - PROPOSAL FOR SETTLEMENT |
| **Date:** | Wednesday, July 5, 2023 6:29:42 PM |
| **Attachments:** | doc 69 Barnes NOS of PFS-OJ.pdf<br>image002.png<br>Barnes PFS (100) to PL.pdf<br>image001.png |

| WARNING – SERVICE OF COURT DOCUMENTS | | |
|---|---|---|
| | COPPINS MONROE, P.A.<br>1319 Thomaswood Dr.<br>Tallahassee, FL 32308<br>www.CoppinsMonroe.com | *Gwendolyn P. Adkins*, Esq., *FBN: 0949566*<br>gadkins@coppinsmonroe.com<br>kwillis@coppinsmonroe.com<br>jclark@coppinsmonroe.com<br>Office: 850-422-2420<br>Fax: 850-422-2730 |
| Court: | United States District Court Middle District of Florida Jacksonville Division | |
| Case No: | 3:22-cv-00971-MMH/LLL | |
| Plaintiff(s): | TRAVIS ROE | |
| Defendant(s): | MICHELLE COOK et al. | |
| Document(s): | 1. BARNES NOTICE OF SERVICE OF PROPOSAL OF SERVICE/OFFER OF JUDGMENT<br>         A. Barns Proposal of Service/Officer of Judgment | |
| Date: | July 5, 2023 | |
| Electronic Filing ID: | N/A | |
| Notes: | The attached document(s) are being electronically served on you, service by mail **will not** follow. | |

CM

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
www.CoppinsMonroe.com

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>

COMPOSITE EXHIBIT 1

**Sent:** Wednesday, July 5, 2023 4:36 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other)

EXTERNAL

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Adkins, Gwendolyn on 7/5/2023 at 4:36 PM EDT and filed on 7/5/2023

| | |
|---|---|
| **Case Name:** | Roe v. Fryer, et al |
| **Case Number:** | 3:22-cv-00971-MMH-LLL |
| **Filer:** | David Barnes |
| **Document Number:** | 69 |

**Docket Text:**
**NOTICE by David Barnes** *OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT* **(Adkins, Gwendolyn)**

**3:22-cv-00971-MMH-LLL Notice has been electronically mailed to:**

Gwendolyn Palmer Adkins     gadkins@coppinsmonroe.com, cmadefiling@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

Lawrence A. Katz     lakatz@lentolawgroup.com, notices@lentolawgroup.com

**3:22-cv-00971-MMH-LLL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

COMPOSITE EXHIBIT 1

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=7/5/2023] [FileNumber=23334215-0
] [74203dd1505126c0434a2c2210f7822e6dd6fa977001baeb476f5454a9d9bd6ed25
46a8954d093f423dfd46edea18e095df66778006bdf4bef016d2fa17b1f10]]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

      Plaintiff,

v.                          CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

      Defendants.

_____/

**PROPOSAL FOR SETTLEMENT /
OFFER OF JUDGMENT BY DEFENDANT DAVID BARNES**

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P., Defendant DAVID BARNES, in his individual capacity, hereby proposes or offers to settle the negligent hiring and negligent retention claims that Plaintiff TRAVIS ROE has against him in this litigation described in Counts VIII and IX of Plaintiff's Third Amended Complaint, on the following basis:

a.      The party making the proposal is David Barnes, in his individual capacity, and the party to whom the proposal is being made is Plaintiff Travis Roe.

b.      This proposal or offer is attempting to resolve only Plaintiff's negligent hiring and negligent retention claims against Defendant David Barnes found in Counts VIII and IX of the Third Amended Complaint, and all

damages that would otherwise be awarded in a final judgment in this action and all claims against David Barnes, in his individual capacity, associated with Counts VIII and IX of the Third Amended Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant David Barnes, in his individual capacity, including punitive damages, relating in any manner to the claims made in Counts VIII and IX of the Third Amended Complaint against Defendant David Barnes.

c.      The condition of this settlement proposal is that Plaintiff will dismiss all pending claims for negligent hiring and negligent retention under Florida state common law (Counts VIII and IX) of his Third Amended Complaint against Defendant David Barnes, in his individual capacity, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d.      The total amount of the proposal or offer to Plaintiff is ONE HUNDRED and NO/100 dollars ($100.00).

e.      There are alleged claims for punitive damages in this proceeding. This offer includes payment of any amount for such claims.

f.      The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. Plaintiff is making a claim for the recovery of fees in his complaint.

2

g.      This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant David Barnes, in his individual capacity, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.      If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Barnes shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

3

COMPOSITE EXHIBIT 1

Respectfully submitted this 5th day of July 2023.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID
BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of

record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

*/s/ Gwendolyn P. Adkins*
Attorney

4

<span style="color:red">COMPOSITE EXHIBIT 1</span>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                            CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

**NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER
OF JUDGMENT BY DEFENDANT CHRIS COLDIRON**

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P.,

Defendant CHRIS COLDIRON, in his individual capacity, hereby gives notice

that the Plaintiff TRAVIS ROE has been served this date with a copy of

Defendant's Proposal for Settlement and Offer of Judgment dated July 5, 2023.

*/s/ Gwendolyn P. Adkins*
_____



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID

COMPOSITE EXHIBIT 1

BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished to all counsel of record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

*/s/ Gwendolyn P. Adkins*
Attorney

2

COMPOSITE EXHIBIT 1

| | |
|---|---|
| **From:** | Janice Clark |
| **To:** | lakatz@lentolawgroup.com; Notices@lentolawgroup.com |
| **Cc:** | Gwen Adkins; Kelsey Willis; Janice Clark |
| **Subject:** | WARNING: SERVICE OF COURT DOCUMENT: Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other) - PROPOSAL FOR SETTLEMENT |
| **Date:** | Wednesday, July 5, 2023 6:21:14 PM |
| **Attachments:** | doc 70 Coldiron NOS of PFS-OJ.pdf<br>image002.png<br>Coldiron PFS (100) to PL.pdf<br>image004.png |

| WARNING – SERVICE OF COURT DOCUMENTS | | |
|---|---|---|
| **CM COPPINS MONROE** | COPPINS MONROE, P.A.<br>1319 Thomaswood Dr.<br>Tallahassee, FL 32308<br>www.CoppinsMonroe.com | *Gwendolyn P. Adkins*, Esq., *FBN: 0949566*<br>*gadkins@coppinsmonroe.com*<br>*kwillis@coppinsmonroe.com*<br>*jclark@coppinsmonroe.com*<br>Office: 850-422-2420<br>Fax: 850-422-2730 |
| Court: | United States District Court Middle District of Florida Jacksonville Division | |
| Case No: | 3:22-cv-00971-MMH/LLL | |
| Plaintiff(s): | TRAVIS ROE | |
| Defendant(s): | MICHELLE COOK et al. | |
| Document(s): | 1. **COLDIRON NOTICE OF SERVICE OF PROPOSAL OF SERVICE/OFFER OF JUDGMENT**<br>    **A. Coldiron Proposal of Service/Officer of Judgment** | |
| Date: | July 5, 2023 | |
| Electronic Filing ID: | N/A | |
| Notes: | The attached document(s) are being electronically served on you, service by mail ***will not*** follow. | |

CM

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
www.CoppinsMonroe.com

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Wednesday, July 5, 2023 4:38 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other)

COMPOSITE EXHIBIT 1

<div style="background-color:red; text-align:center;">**EXTERNAL**</div>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered by Adkins, Gwendolyn on 7/5/2023 at 4:37 PM EDT and filed on 7/5/2023

| | |
|---|---|
| **Case Name:** | Roe v. Fryer, et al |
| **Case Number:** | 3:22-cv-00971-MMH-LLL |
| **Filer:** | Chris Coldiron |
| **Document Number:** | 70 |

**Docket Text:**
**NOTICE by Chris Coldiron *OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT* (Adkins, Gwendolyn)**

**3:22-cv-00971-MMH-LLL Notice has been electronically mailed to:**

Gwendolyn Palmer Adkins    gadkins@coppinsmonroe.com, cmadefiling@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

Lawrence A. Katz    lakatz@lentolawgroup.com, notices@lentolawgroup.com

**3:22-cv-00971-MMH-LLL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

COMPOSITE EXHIBIT 1

[STAMP dcecfStamp_ID=1069447731 [Date=7/5/2023] [FileNumber=23334228-0
] [53e5f0aa0745b25a9606723ce41b449723feb783c3d7cf21aed16b2e64a7c809b5f
47b11ff3c848e4dcde8eea6e790f4303fa58ad3e33a9a3dd0cb972411b787]]

COMPOSITE EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                                                                      CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

## PROPOSAL FOR SETTLEMENT /
## OFFER OF JUDGMENT BY DEFENDANT CHRIS COLDIRON

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P., Defendant CHRIS COLDIRON, in his individual capacity, hereby proposes or offers to settle the negligent hiring and negligent retention claims that Plaintiff TRAVIS ROE has against him in this litigation described in Counts VIII and IX of Plaintiff's Third Amended Complaint, on the following basis:

a.     The party making the proposal is Chris Coldiron, in his individual capacity, and the party to whom the proposal is being made is Plaintiff Travis Roe.

b.     This proposal or offer is attempting to resolve only Plaintiff's negligent hiring and negligent retention claims against Defendant Chris Coldiron found in Counts VIII and IX of the Third Amended Complaint, and

all damages that would otherwise be awarded in a final judgment in this action and all claims against Chris Coldiron, in his individual capacity, associated with Counts VIII and IX of the Third Amended Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant Chris Coldiron, in his individual capacity, including punitive damages, relating in any manner to the claims made in Counts VIII and IX of the Third Amended Complaint against Defendant Chris Coldiron.

c.      The condition of this settlement proposal is that Plaintiff will dismiss all pending claims for negligent hiring and negligent retention under Florida state common law (Counts VIII and IX) of his Third Amended Complaint against Defendant Chris Coldiron, in his individual capacity, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d.      The total amount of the proposal or offer to Plaintiff is ONE HUNDRED and NO/100 dollars ($100.00).

e.      There are alleged claims for punitive damages in this proceeding. This offer includes payment of any amount for such claims.

f.       The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. Plaintiff is making a claim for the recovery of fees in his complaint.

2

COMPOSITE EXHIBIT 1

g.      This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant Chris Coldiron, in his individual capacity, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.      If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Coldiron shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

COMPOSITE EXHIBIT 1

Respectfully submitted this 5th day of July 2023.

/s/ Gwendolyn P. Adkins



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID
BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of

record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

/s/ Gwendolyn P. Adkins
Attorney

4

<span style="color:red">COMPOSITE EXHIBIT 1</span>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                            CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

**NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER
OF JUDGMENT BY DEFENDANT RICKY WRIGHT**

     Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P.,

Defendant RICKY WRIGHT, in his individual capacity, hereby gives notice

that the Plaintiff TRAVIS ROE has been served this date with a copy of

Defendant's Proposal for Settlement and Offer of Judgment dated July 5, 2023.

                      */s/ Gwendolyn P. Adkins*



                      Gwendolyn P. Adkins,
                      (FBN: 0949566)
                      gadkins@coppinsmonroe.com
                      jclark@coppinsmonroe.com
                      kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID

COMPOSITE EXHIBIT 1

BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*


/s/ Gwendolyn P. Adkins
Attorney

2

COMPOSITE EXHIBIT 1

| | |
|---|---|
| **From:** | Janice Clark |
| **To:** | lakatz@lentolawgroup.com; Notices@lentolawgroup.com |
| **Cc:** | Gwen Adkins; Kelsey Willis; Janice Clark |
| **Subject:** | WARNING: SERVICE OF COURT DOCUMENTS: Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other) - PROPOSAL FOR SETTLEMENT |
| **Date:** | Wednesday, July 5, 2023 6:24:39 PM |
| **Attachments:** | doc 71 Wright NOS of PFS-OJ.pdf<br>image002.png<br>Wright PFS (100) to PL.pdf<br>image004.png |

| WARNING – SERVICE OF COURT DOCUMENTS | | |
|---|---|---|
| **CM COPPINS MONROE** | COPPINS MONROE, P.A.<br>1319 Thomaswood Dr.<br>Tallahassee, FL 32308<br>www.CoppinsMonroe.com | *Gwendolyn P. Adkins*, Esq., *FBN: 0949566*<br>*gadkins@coppinsmonroe.com*<br>*kwillis@coppinsmonroe.com*<br>*jclark@coppinsmonroe.com*<br>Office: 850-422-2420<br>Fax: 850-422-2730 |
| Court: | United States District Court Middle District of Florida Jacksonville Division | |
| Case No: | 3:22-cv-00971-MMH/LLL | |
| Plaintiff(s): | TRAVIS ROE | |
| Defendant(s): | MICHELLE COOK et al. | |
| Document(s): | 1. **WRIGHT NOTICE OF SERVICE OF PROPOSAL OF SERVICE/OFFER OF JUDGMENT**<br>     **A. Wright Proposal of Service/Officer of Judgment** | |
| Date: | July 5, 2023 | |
| Electronic Filing ID: | N/A | |
| Notes: | The attached document(s) are being electronically served on you, service by mail ***will not*** follow. | |

CM

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
www.CoppinsMonroe.com

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Wednesday, July 5, 2023 4:39 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other)

COMPOSITE EXHIBIT 1

<div style="background-color:red; color:white; text-align:center; font-weight:bold;">EXTERNAL</div>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered by Adkins, Gwendolyn on 7/5/2023 at 4:38 PM EDT and filed on 7/5/2023

| | |
|---|---|
| **Case Name:** | Roe v. Fryer, et al |
| **Case Number:** | 3:22-cv-00971-MMH-LLL |
| **Filer:** | Ricky Wright |
| **Document Number:** | 71 |

**Docket Text:**
**NOTICE by Ricky Wright** *OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT* **(Adkins, Gwendolyn)**

**3:22-cv-00971-MMH-LLL Notice has been electronically mailed to:**

Gwendolyn Palmer Adkins     gadkins@coppinsmonroe.com, cmadefiling@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

Lawrence A. Katz     lakatz@lentolawgroup.com, notices@lentolawgroup.com

**3:22-cv-00971-MMH-LLL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

 **Document description:**Main Document
 **Original filename:**n/a
 **Electronic document Stamp:**

COMPOSITE EXHIBIT 1

[STAMP dcecfStamp_ID=1069447731 [Date=7/5/2023] [FileNumber=23334250-0
] [49478eeed668f2373e25eb1174d1ef5dc6d13ea88e23b43b67d5220a7ccc4c969c5
523ef425d5a9d399c4542cdd86a996f8a69f773d88ca14b5268df2611fdb5]]

COMPOSITE EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                            CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

## PROPOSAL FOR SETTLEMENT / OFFER OF JUDGMENT BY DEFENDANT RICKY WRIGHT

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P., Defendant RICKY WRIGHT, in his individual capacity, hereby proposes or offers to settle the negligent hiring and negligent retention claims that Plaintiff TRAVIS ROE has against him in this litigation described in Counts VIII and IX of Plaintiff's Third Amended Complaint, on the following basis:

a.     The party making the proposal is Ricky Wright, in his individual capacity, and the party to whom the proposal is being made is Plaintiff Travis Roe.

b.     This proposal or offer is attempting to resolve only Plaintiff's negligent hiring and negligent retention claims against Defendant Ricky Wright found in Counts VIII and IX of the Third Amended Complaint, and all

COMPOSITE EXHIBIT 1

damages that would otherwise be awarded in a final judgment in this action and all claims against Ricky Wright, in his individual capacity, associated with Counts VIII and IX of the Third Amended Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant Ricky Wright, in his individual capacity, including punitive damages, relating in any manner to the claims made in Counts VIII and IX of the Third Amended Complaint against Defendant Ricky Wright.

c.      The condition of this settlement proposal is that Plaintiff will dismiss all pending claims for negligent hiring and negligent retention under Florida state common law (Counts VIII and IX) of his Third Amended Complaint against Defendant Ricky Wright, in his individual capacity, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d.      The total amount of the proposal or offer to Plaintiff is ONE HUNDRED and NO/100 dollars ($100.00).

e.      There are alleged claims for punitive damages in this proceeding. This offer includes payment of any amount for such claims.

f.       The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. Plaintiff is making a claim for the recovery of fees in his complaint.

2

COMPOSITE EXHIBIT 1

g.      This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant Ricky Wright, in his individual capacity, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.      If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Wright shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

3

COMPOSITE EXHIBIT 1

Respectfully submitted this 5th day of July 2023.

<div style="text-align:right">

/s/ Gwendolyn P. Adkins



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID
BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI
</div>

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of

record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

<div style="text-align:right">

/s/ Gwendolyn P. Adkins

Attorney
</div>

4

<span style="color:red">COMPOSITE EXHIBIT 1</span>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                                CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

**NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT BY DEFENDANT MICHELLE COOK, SHERIFF OF CLAY COUNTY**

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P., Defendant MICHELLE COOK, in her individual and official capacity as SHERIFF OF CLAY COUNTY, hereby gives notice that the Plaintiff TRAVIS ROE has been served this date with a copy of Defendant's Proposal for Settlement and Offer of Judgment dated July 5, 2023.

/s/ *Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 ǀ Fax: 850-422-2730

COMPOSITE EXHIBIT 1

ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID
BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of record this 5th day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*


*/s/ Gwendolyn P. Adkins*
Attorney

2

<span style="color:red">COMPOSITE EXHIBIT 1</span>

| | |
|---|---|
| **From:** | Janice Clark |
| **To:** | lakatz@lentolawgroup.com; Notices@lentolawgroup.com |
| **Cc:** | Gwen Adkins; Kelsey Willis; Janice Clark |
| **Subject:** | WARNING: SERVICE OF COURT DOCUMENT - Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other) - PROPOSAL FOR SETTLMENT |
| **Date:** | Wednesday, July 5, 2023 6:27:38 PM |
| **Attachments:** | doc 72 Sheriff Cook NOS of PFS-OJ.pdf |
| | image002.png |
| | Sheriff PFS (100) to PL 6.30.23.pdf |
| | image004.png |

| WARNING – SERVICE OF COURT DOCUMENTS | | |
|---|---|---|
| | COPPINS MONROE, P.A. <br> 1319 Thomaswood Dr. <br> Tallahassee, FL 32308 <br> www.CoppinsMonroe.com | *Gwendolyn P. Adkins*, Esq., *FBN: 0949566* <br> *gadkins@coppinsmonroe.com* <br> *kwillis@coppinsmonroe.com* <br> *jclark@coppinsmonroe.com* <br> Office: 850-422-2420 <br> Fax: 850-422-2730 |
| **Court:** | United States District Court Middle District of Florida Jacksonville Division | |
| **Case No:** | 3:22-cv-00971-MMH/LLL | |
| **Plaintiff(s):** | TRAVIS ROE | |
| **Defendant(s):** | <mark>MICHELLE COOK et al.</mark> | |
| **Document(s):** | 1. **SHERIFF COOK NOTICE OF SERVICE OF PROPOSAL OF SERVICE/OFFER OF JUDGMENT** <br>     **A. Sheriff Cook Proposal of Service/Officer of Judgment** | |
| **Date:** | July 5, 2023 | |
| **Electronic Filing ID:** | N/A | |
| **Notes:** | The attached document(s) are being electronically served on you, service by mail <mark>***will not***</mark> follow. | |

CM

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
www.CoppinsMonroe.com

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Wednesday, July 5, 2023 4:40 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov

COMPOSITE EXHIBIT 1

**Subject:** Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other)

<div style="background:red;color:white;text-align:center">**EXTERNAL**</div>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered by Adkins, Gwendolyn on 7/5/2023 at 4:40 PM EDT and filed on 7/5/2023

**Case Name:**    Roe v. Fryer, et al
**Case Number:**    3:22-cv-00971-MMH-LLL
**Filer:**    Michelle Cook
**Document Number:** 72

**Docket Text:**
**NOTICE by Michelle Cook** *OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT* **(Adkins, Gwendolyn)**

**3:22-cv-00971-MMH-LLL Notice has been electronically mailed to:**

Gwendolyn Palmer Adkins    gadkins@coppinsmonroe.com, cmadefiling@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

Lawrence A. Katz    lakatz@lentolawgroup.com, notices@lentolawgroup.com

**3:22-cv-00971-MMH-LLL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

COMPOSITE EXHIBIT 1

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1069447731 [Date=7/5/2023] [FileNumber=23334264-0
] [211d77614cc6be85171496fc2b7238c45788a7b36734bbfcf00115b9e246db1b642
271af406589a3fe3829bed495aa4c5096f2d372dd52b3321fecfdf80b5774]]

COMPOSITE EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                                                      CASE NO. 3:22-cv-971-MMH-LLL

HOWARD E. FRYER, ET AL.,

     Defendants.

_____/

**PROPOSAL FOR SETTLEMENT /
OFFER OF JUDGMENT BY DEFENDANT MICHELLE COOK,
SHERIFF OF CLAY COUNTY**

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P., Defendant MICHELLE COOK, in her individual and official capacity as SHERIFF OF CLAY COUNTY, hereby proposes or offers to settle the negligent hiring and negligent retention claims that Plaintiff TRAVIS ROE has against her in this litigation described in Counts VIII and IX of Plaintiff's Third Amended Complaint, on the following basis:

a.      The party making the proposal is Sheriff Michelle Cook, in her official capacity as Sheriff of Clay County, and the party to whom the proposal is being made is Plaintiff Travis Roe.

b.      This proposal or offer is attempting to resolve only Plaintiff's negligent hiring and negligent retention claims against Defendant Sheriff

Cook found in Counts VIII and IX of the Third Amended Complaint, and all damages that would otherwise be awarded in a final judgment in this action and all claims against Michelle Cook, in her official capacity as Sheriff of Clay County, associated with Counts VIII and IX of the Third Amended Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant Michelle Cook, in her official capacity as Sheriff of Clay County, relating in any manner to the claims made in Counts VIII and IX of the Third Amended Complaint against Defendant Michelle Cook, Sheriff of Clay County.

c.      The condition of this settlement proposal is that Plaintiff will dismiss all pending claims for negligent hiring and negligent retention under Florida state common law (Counts VIII and IX) of his Third Amended Complaint against Defendant Michelle Cook, in her official capacity as Sheriff of Clay County, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d.      The total amount of the proposal or offer to Plaintiff is ONE HUNDRED and NO/100 dollars ($100.00).

e.      There are alleged claims for punitive damages in this proceeding. By law, no such damages are awardable against Michell Cook in her official capacity as Sheriff of Clay County.

2

f.      The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. Plaintiff is making a claim for the recovery of fees in his complaint.

g.      This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant Michelle Cook, in her official capacity as Sheriff of Clay County, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.      If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Sheriff Cook shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

Respectfully submitted this <u>5th</u> day of July 2023.

<div style="text-align:right">

<u>/s/ Gwendolyn P. Adkins</u>

</div>

 Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
HOWARD E. FRYER, SHERIFF OF CLAY
COUNTY MICHELLE COOK, DAVID
BARNES, RICKY WRIGHT, CHRIS
COLDIRON, and JOSEPH BUCCI

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to all counsel of

record this <u>5th</u> day of July 2023 via electronic mail as follows:

LAWRENCE A. KATZ
Pro Hoc Vice Counsel for Plaintiff
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

<div style="text-align:right">

<u>/s/ Gwendolyn P. Adkins</u>
Attorney

</div>

4