COMPOSITE EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.

SHERIFF MICHELLE COOK, et al.,

     Defendants.

_____/

CASE NO. 3:22-cv-971-MMH-LLL

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT BY DEFENDANT CLINT REDMOND

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P., Defendant CLINT REDMOND, hereby gives notice that the Plaintiff TRAVIS ROE has been served this date with a copy of Defendant's Proposal for Settlement and Offer of Judgment dated June 3, 2024.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 ǀ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
CLINT REDMOND

COMPOSITE EXHIBIT 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

has been furnished by electronic mail this 3rd day of June 2024 to:

| | |
|---|---|
| Lawrence A. Katz | Carl D. Berry |
| Pro Hoc Vice Counsel for | Lento Law Group, P.C. |
| Plaintiff | 300 Southeast 2nd Street, Ste. 600 |
| Lento Law Group P.C. | Fort Lauderdale, FL 333-1 |
| 3000 Atrium Way - Suite 200 | cdberry@lentolawgroup.com |
| Mt. Laurel, NJ 08054 | cdberry@carlberrylaw.com |
| lakatz@lentolawgroup.com | legalmail@thestrategiclegalgroup.com |
| | c.berry@thestrategiclegalgroup.com |

*ATTORNEYS FOR PLAINTIFF*   *ATTORNEYS FOR PLAINTIFF*

Christina A. Varghese
Lento Law Group, P.C.
11555 Heron Bay Blvd., Ste. 231
Coral Springs, FL 33076
cvarghese@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

/s/ *Gwendolyn P. Adkins*
Attorney

2

4884-0612-5095, v. 1

COMPOSITE EXHIBIT 2

Page 1 of 3

| | |
|---|---|
| Subject: | Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al - Defendant Redmond's Proposal for Settlement/Offer of Judgment |
| Date: | 6/3/2024 5:17 PM |
| From: | "Janice Clark" <jclark@coppinsmonroe.com> |
| To: | "lakatz@lentolawgroup.com" <lakatz@lentolawgroup.com>, "notices@lentolawgroup.com" <notices@lentolawgroup.com>, "c.berry@thestrategiclegalgroup.com" <c.berry@thestrategiclegalgroup.com>, "cberry@carlberrylaw.com" <cberry@carlberrylaw.com>, "cdberry@lentolawgroup.com" <cdberry@lentolawgroup.com>, "legalmail@thestrategiclegalgroup.com" <legalmail@thestrategiclegalgroup.com>, "cvarghese@lentolawgroup.com" <cvarghese@lentolawgroup.com> |
| Cc: | "Gwen Adkins" <gadkins@coppinsmonroe.com>, "Kelsey Willis" <kwillis@coppinsmonroe.com>, "Janice Clark" <jclark@coppinsmonroe.com> |

| | | |
|---|---|---|
| **WARNING – SERVICE OF COURT DOCUMENTS** | | |
| | COPPINS MONROE, P.A.<br>2316 Killearn Center Blvd.,<br>Ste. 202<br>Tallahassee, FL 32309<br>www.CoppinsMonroe.com | *Gwendolyn P. Adkins, Esq. FBN: 0949566*<br>gadkins@coppinsmonroe.com<br>jclark@coppinsmonroe.com<br>kwillis@coppinsmonroe.com<br>Office: 850-422-2420<br>Fax:    850-422-2730 |
| Court: | **United States District Court – Middle District Court of Florida - Jacksonville Division** | |
| Case No: | **3:22-cv-00971-MMH-LLL** | |
| Plaintiff(s): | **Travis Roe** | |
| Defendant(s): | **SHERIFF MICHELLE COOK, IN HER OFFICIAL CAPACITY AS SHERIFF OF CLAY COUNTY, CLINT REDMOND, and MARK MAERTZ** | |
| Document(s): | 1.  **Defendant Redmond's Proposal for Settlement/Offer of Judgment** | |
| Date: | **June 3, 2024** | |
| Notes: | The attached document(s) are being electronically served on you and service by mail **will not** follow. | |

CM

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
WWW.COPPINSMONROE.COM

COMPOSITE EXHIBIT 2

Page 2 of 3

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Monday, June 3, 2024 5:06 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other)

**EXTERNAL**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Adkins, Gwendolyn on 6/3/2024 at 5:05 PM EDT and filed on 6/3/2024

| | |
|---|---|
| **Case Name:** | Roe v. Fryer, et al |
| **Case Number:** | 3:22-cv-00971-MMH-LLL |
| **Filer:** | Clint Redmond |
| **Document Number:** | 102 |

**Docket Text:**
**NOTICE by Clint Redmond *Of Service Of Proposal For Settlement/Offer of Judgment* (Adkins, Gwendolyn)**

**3:22-cv-00971-MMH-LLL Notice has been electronically mailed to:**

Carl D Berry    c.berry@thestrategiclegalgroup.com, cberry@carlberrylaw.com, cdberry@lentolawgroup.com, legalmail@thestrategiclegalgroup.com

Christina Abraham Varghese    cvarghese@lentolawgroup.com

Gwendolyn Palmer Adkins    gadkins@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

COMPOSITE EXHIBIT 2

Page 3 of 3

Lawrence A. Katz    lakatz@lentolawgroup.com, notices@lentolawgroup.com

**3:22-cv-00971-MMH-LLL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/3/2024] [FileNumber=24467909-0
] [524ea6a13f6894d7ff89edfacb737d5503579919c09afa194bf74012c23a7afef23
c6ad0a19da00d253bd44b1a40c5b3027b5ddeb5e18d1da974290d0d1a11f6]]

COMPOSITE EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                               CASE NO. 3:22-cv-971-MMH-LLL

SHERIFF MICHELLE COOK, et al.,

     Defendants.

_____/

**PROPOSAL FOR SETTLEMENT /**
**OFFER OF JUDGMENT BY DEFENDANT CLINT REDMOND**

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P.,
Defendant CLINT REDMOND, in his individual capacity, hereby proposes or
offers to settle the state law claims that Plaintiff TRAVIS ROE has against
him in this litigation described in Counts V (Assault), VI (Battery), and VII
(Intentional Infliction of Emotional Distress) of Plaintiff's Fourth Amended
Complaint [Doc.89], on the following basis:

    a.     The party making the proposal is Clint Redmond, in his individual
capacity, and the party to whom the proposal is being made is Plaintiff Travis
Roe.

    b.     This proposal or offer is attempting to resolve only Plaintiff's state
law claims against Defendant Clint Redmond found in Counts V, VI, and VII

COMPOSITE EXHIBIT 2

of the Fourth Amended Complaint [Doc.89], and all damages that would otherwise be awarded in a final judgment in this action and all claims against Clint Redmond, in his individual capacity, associated with Counts V, VI, and VII of the Fourth Amended Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant Clint Redmond, in his individual capacity, including punitive damages, relating in any manner to the claims made in Counts V, VI, and VII of the Fourth Amended Complaint against Defendant Clint Redmond.

c.      The condition of this settlement proposal is that Plaintiff will dismiss all pending claims under Florida state common law (Counts V, VI, and VII) of his Fourth Amended Complaint against Defendant Clint Redmond, in his individual capacity, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d.      The total amount of the proposal or offer to Plaintiff is ONE HUNDRED and NO/100 dollars ($100.00).

e.      There are alleged claims for punitive damages in this proceeding. This offer includes payment of any amount for such claims.

f.      The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. Plaintiff is making a claim for the recovery of fees in his complaint.

2

g.    This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant Clint Redmond, in his individual capacity, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.    If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Redmond shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

Respectfully submitted this 3rd day of June 2024.

*/s/ Gwendolyn P. Adkins*

 Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 ᛁ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
CLINT REDMOND

3

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished to all counsel of

record this 3rd day of June 2024 via electronic mail as follows:

Lawrence A. Katz
Pro Hoc Vice Counsel for
Plaintiff
Lento Law Group P.C.
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

Carl D. Berry
Lento Law Group, P.C.
300 Southeast 2nd Street, Ste. 600
Fort Lauderdale, FL 333-1
cdberry@lentolawgroup.com
cdberry@carlberrylaw.com
legalmail@thestrategiclegalgroup.com
c.berry@thestrategiclegalgroup.com

*ATTORNEYS FOR PLAINTIFF*   *ATTORNEYS FOR PLAINTIFF*

Christina A. Varghese
Lento Law Group, P.C.
11555 Heron Bay Blvd., Ste. 231
Coral Springs, FL 33076
cvarghese@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

*/s/ Gwendolyn P. Adkins*
Attorney

4

<span style="color:red">COMPOSITE EXHIBIT 2</span>

Case 3:22-cv-00971-MMH-LLL    Document 103    Filed 06/03/24    Page 1 of 2 PageID 580

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

      Plaintiff,

v.                                 CASE NO. 3:22-cv-971-MMH-LLL

SHERIFF MICHELLE COOK, et al.,

      Defendants.

_____/

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT BY DEFENDANT MARK MAERTZ

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P.,

Defendant MARK MAERTZ, hereby gives notice that the Plaintiff TRAVIS

ROE has been served this date with a copy of Defendant's Proposal for

Settlement and Offer of Judgment dated June 3, 2024.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 ǀ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
MARK MAERTZ

COMPOSITE EXHIBIT 2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

has been furnished by electronic mail this 3rd day of June 2024 to:

Lawrence A. Katz
Pro Hoc Vice Counsel for
Plaintiff
Lento Law Group P.C.
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

Carl D. Berry
Lento Law Group, P.C.
300 Southeast 2nd Street, Ste. 600
Fort Lauderdale, FL 333-1
cdberry@lentolawgroup.com
cdberry@carlberrylaw.com
legalmail@thestrategiclegalgroup.com
c.berry@thestrategiclegalgroup.com

*ATTORNEYS FOR PLAINTIFF*     *ATTORNEYS FOR PLAINTIFF*

Christina A. Varghese
Lento Law Group, P.C.
11555 Heron Bay Blvd., Ste. 231
Coral Springs, FL 33076
cvarghese@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

/s/ Gwendolyn P. Adkins
Attorney

2

COMPOSITE EXHIBIT 2

Page 1 of 3

| | |
|---|---|
| Subject: | Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al - Defendant Redmond's Proposal for Settlement/Offer of Judgment |
| Date: | 6/3/2024 5:20 PM |
| From: | "Janice Clark" <jclark@coppinsmonroe.com> |
| To: | "lakatz@lentolawgroup.com" <lakatz@lentolawgroup.com>, "notices@lentolawgroup.com" <notices@lentolawgroup.com>, "c.berry@thestrategiclegalgroup.com" <c.berry@thestrategiclegalgroup.com>, "cdberry@lentolawgroup.com" <cdberry@lentolawgroup.com>, "legalmail@thestrategiclegalgroup.com" <legalmail@thestrategiclegalgroup.com>, "cvarghese@lentolawgroup.com" <cvarghese@lentolawgroup.com> |
| Cc: | "Gwen Adkins" <gadkins@coppinsmonroe.com>, "Kelsey Willis" <kwillis@coppinsmonroe.com>, "Janice Clark" <jclark@coppinsmonroe.com> |

| WARNING – SERVICE OF COURT DOCUMENTS | | |
|---|---|---|
| | COPPINS MONROE, P.A.<br>2316 Killearn Center Blvd.,<br>Ste. 202<br>Tallahassee, FL 32309<br>www.CoppinsMonroe.com | *Gwendolyn P. Adkins, Esq. FBN: 0949566*<br>gadkins@coppinsmonroe.com<br>jclark@coppinsmonroe.com<br>kwillis@coppinsmonroe.com<br>Office: 850-422-2420<br>Fax:     850-422-2730 |
| Court: | **United States District Court – Middle District Court of Florida - Jacksonville Division** | |
| Case No: | **3:22-cv-00971-MMH-LLL** | |
| Plaintiff(s): | **Travis Roe** | |
| Defendant(s): | **SHERIFF MICHELLE COOK, IN HER OFFICIAL CAPACITY AS SHERIFF OF CLAY COUNTY, CLINT REDMOND, and MARK MAERTZ** | |
| Document(s): | 1.  **Defendant Maertz's Proposal for Settlement/Offer of Judgment** | |
| Date: | **June 3, 2024** | |
| Notes: | The attached document(s) are being electronically served on you and service by mail **will not** follow. | |

CM

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
WWW.COPPINSMONROE.COM

COMPOSITE EXHIBIT 2

Page 2 of 3

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Monday, June 3, 2024 5:07 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 3:22-cv-00971-MMH-LLL Roe v. Fryer, et al Notice (Other)

EXTERNAL

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Adkins, Gwendolyn on 6/3/2024 at 5:06 PM EDT and filed on 6/3/2024

| | |
|---|---|
| **Case Name:** | Roe v. Fryer, et al |
| **Case Number:** | 3:22-cv-00971-MMH-LLL |
| **Filer:** | Mark Maertz |
| **Document Number:** | 103 |

**Docket Text:**
**NOTICE by Mark Maertz *Of Service Of Proposal For Settlement/Offer of Judgment* (Adkins, Gwendolyn)**

**3:22-cv-00971-MMH-LLL Notice has been electronically mailed to:**

Carl D Berry    c.berry@thestrategiclegalgroup.com, cberry@carlberrylaw.com, cdberry@lentolawgroup.com, legalmail@thestrategiclegalgroup.com

Christina Abraham Varghese    cvarghese@lentolawgroup.com

Gwendolyn Palmer Adkins    gadkins@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

COMPOSITE EXHIBIT 2

Page 3 of 3

Lawrence A. Katz   lakatz@lentolawgroup.com, notices@lentolawgroup.com

**3:22-cv-00971-MMH-LLL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/3/2024] [FileNumber=24467926-0
] [53388ae7e82f792627a98549b9819a60823fc7bee5ad356397c3fa29edc532972ee
3f0d1aa82ec19505198d7afe5018acc82042d60df6484216da9f6873a0d1f]]

COMPOSITE EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS ROE,

     Plaintiff,

v.                                          CASE NO. 3:22-cv-971-MMH-LLL

SHERIFF MICHELLE COOK, et al.,

     Defendants.

_____/

## PROPOSAL FOR SETTLEMENT /
## OFFER OF JUDGMENT BY DEFENDANT MARK MAERTZ

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P.,

Defendant MARK MAERTZ, in his individual capacity, hereby proposes or

offers to settle the state law claims that Plaintiff TRAVIS ROE has against

him in this litigation described in Counts V (Assault), VI (Battery), and VII

(Intentional Infliction of Emotional Distress) of Plaintiff's Fourth Amended

Complaint [Doc.89], on the following basis:

     a.     The party making the proposal is Mark Maertz, in his individual

capacity, and the party to whom the proposal is being made is Plaintiff Travis

Roe.

     b.     This proposal or offer is attempting to resolve only Plaintiff's state

law claims against Defendant Mark Maertz found in Counts V, VI, and VII of

the Fourth Amended Complaint, and all damages that would otherwise be awarded in a final judgment in this action and all claims against Mark Maertz, in his individual capacity, associated with Counts V, VI, and VII of the Fourth Amended Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant Mark Maertz, in his individual capacity, including punitive damages, relating in any manner to the claims made in Counts V, VI, and VII of the Fourth Amended Complaint against Defendant Mark Maertz.

c.      The condition of this settlement proposal is that Plaintiff will dismiss all pending claims under Florida state common law (Counts V, VI, and VII) of his Fourth Amended Complaint against Defendant Mark Maertz, in his individual capacity, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d.      The total amount of the proposal or offer to Plaintiff is ONE HUNDRED and NO/100 dollars ($100.00).

e.      There are alleged claims for punitive damages in this proceeding. This offer includes payment of any amount for such claims.

f.      The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. Plaintiff is making a claim for the recovery of fees in his complaint.

2

<span style="color:red">COMPOSITE EXHIBIT 2</span>

g.      This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant Mark Maertz, in his individual capacity, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.      If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Maertz shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

Respectfully submitted this 29th day of April 2024.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Boulevard, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 ‖ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
MARK MAERTZ

3

COMPOSITE EXHIBIT 2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished to all counsel of

record this 3rd day of June 2024 via electronic mail as follows:

Lawrence A. Katz
Pro Hoc Vice Counsel for
Plaintiff
Lento Law Group P.C.
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
lakatz@lentolawgroup.com

Carl D. Berry
Lento Law Group, P.C.
300 Southeast 2nd Street, Ste. 600
Fort Lauderdale, FL 333-1
cdberry@lentolawgroup.com
cdberry@carlberrylaw.com
legalmail@thestrategiclegalgroup.com
c.berry@thestrategiclegalgroup.com

*ATTORNEYS FOR PLAINTIFF*

*ATTORNEYS FOR PLAINTIFF*

Christina A. Varghese
Lento Law Group, P.C.
11555 Heron Bay Blvd., Ste. 231
Coral Springs, FL 33076
cvarghese@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

*/s/ Gwendolyn P. Adkins*
Attorney

4