
U.S. COURT OF APPEALS
RECEIVED
CLERK
JUL 27 2026
ATLANTA, GA

**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
_miDDLe DistrictoF Florida Jacksonvill DiVision_
File Number _3:22·cV·971·MMH-LLL_

| | |
|---|---|
| Travis Roe | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| mark maertz | ) |
| Defendant. | ) |

Notice of Appeal

Notice is hereby given that _Travis Roe_ , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the _11eeth_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _17_ day of _July_ , 20_26_.

/s/
_Travis Roe_

Attorney for _Pro say_
Address: _6317 watford dr_
_Keystone H_

[Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

*See Rule 3(c) for permissible ways of identifying appellants

Travis Koe
8317 Wofford dr
Keystone Heights, F.l.
32656





RDC 99

S2324P506187-66

KEYSTONE HEIGHTS
POST OFFICE

JUL 22 2026

KEYSTONE HEIGHTS FL 32656

USA FOREVER

9589 0710 5270 3482 5210 39

CLEARED SECURITY

JUL 27 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

Eleventh Circuit
56 Forsyth Street. N.W.
Atlanta. Georgia,
30303

RETURN
REQUESTED

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

JACKSONVILLE RPDC 320

23 JUL 2026 PM 3 L

7/22/2026

**Retail**



U.S. POSTAGE PAID
FCM LETTER
KEYSTONE HEIGHTS
FL 32656
JUL 22, 2026

9589 0710 5270



UNITED STATES
POSTAL SERVICE

PLACE STICKER AT TOP OF