APPEAL,MEDIATION,STAYED,TANGIBLE

# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: <u>3:22−cv−00971−MMH−LLL</u>

| | |
|---|---|
| Roe v. Fryer, et al | Date Filed: 09/07/2022 |
| Assigned to: Judge Marcia Morales Howard | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Laura Lothman Lambert | Nature of Suit: 440 Civil Rights: Other |
| Case in other court:  USCA, 24−13588−D | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **Travis Roe**<br>*individually* | represented by | **Travis Roe**<br>6317 Wofford Dr.<br>Keystone Heights, FL 32656<br>PRO SE |

**Carl D Berry**
The Strategic Legal Group, Pllc
300 S.E. 2nd Street
Sixth Floor
Fort Lauderdale, FL 33301
561−910−0900
Fax: 561−910−0900
Email: <u>c.berry@thestrategiclegalgroup.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Abraham Varghese**
Lento Law Group, P.C.
11555 Heron Bay Blvd.
Suite 231
Coral Springs, FL 33076
904−602−9400
Fax: 904−299−5400
Email: <u>cvarghese@lentolawgroup.com</u>
*TERMINATED: 04/07/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nichelle Lynn Womble**
Amethyst Law Group
100 S Ashley Drive
Suite 600
Tampa, FL 33602
844−482−1239
Email: <u>nichelle@amethystlawgroup.com</u>
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence A. Katz**
LLG National NJ PC
1814 RT 70
Suite 321
Cherry Hill, NJ 08003
856–652–2000
Fax: 856–375–1010
Email: lawrence.katz@llgnational.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Sinclair Mactavish**
LLG National Law Group
Phoenix Corporate Tower
3003 N Central Avenue
Suite 685
Phoenix, AZ 85012
575–517–6542
Email: robert.mactavish@llgnational.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Howard E. Fryer**<br>*in his individual capacity*<br>*TERMINATED: 09/17/2024* | represented by | **Gwendolyn Palmer Adkins**<br>COPPINS MONROE, P.A.<br>2316 Killearn Center Boulevard<br>Suite 202<br>Tallahassee, FL 32309<br>850–422–2420<br>Email: gadkins@coppinsmonroe.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Zackery A. Scharlepp**<br>Coppins Monroe, P.A.<br>2316 Killearn Center Boulevard<br>Suite 202<br>Tallahassee, FL 32309<br>850–422–2420<br>Fax: 850–422–2730<br>Email: zascharlepp@coppinsmonroe.com<br>*TERMINATED: 01/22/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Clay County Sheriff's Office**<br>*a governmental entity*<br>*TERMINATED: 06/08/2023* | represented by | **Gwendolyn Palmer Adkins**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Zackery A. Scharlepp**
(See above for address)
*TERMINATED: 01/22/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Michelle Cook**<br>*Sheriff of Clay County, a governmental entity, in her official capacity*<br>*TERMINATED: 09/17/2024* | represented by | **Gwendolyn Palmer Adkins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zackery A. Scharlepp**<br>(See above for address)<br>*TERMINATED: 01/22/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **County of Clay**<br>*a governmental entity*<br>*TERMINATED: 06/08/2023* | represented by | **Gwendolyn Palmer Adkins**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **David Barnes**<br>*in his individual capacity*<br>*TERMINATED: 09/17/2024* | represented by | **Gwendolyn Palmer Adkins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zackery A. Scharlepp**<br>(See above for address)<br>*TERMINATED: 01/22/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ricky Wright**<br>*in his individual capacity*<br>*TERMINATED: 09/17/2024* | represented by | **Gwendolyn Palmer Adkins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zackery A. Scharlepp**<br>(See above for address)<br>*TERMINATED: 01/22/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Chris Coldiron**
*in his individual capacity*
*TERMINATED: 09/17/2024*

represented by **Gwendolyn Palmer Adkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zackery A. Scharlepp**
(See above for address)
*TERMINATED: 01/22/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Bucci**
*in his individual capacity*
*TERMINATED: 09/17/2024*

represented by **Gwendolyn Palmer Adkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zackery A. Scharlepp**
(See above for address)
*TERMINATED: 01/22/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1 – 10**
*(fictitious names), in their individual and*
*official capacities [who were involved in*
*the stopping, apprehension, arrest, and*
*subsequent conduct toward the Plaintiff*
*and/or who were present during the same*
*and failed to prevent or stop the actions*
*TERMINATED: 09/17/2024*

**Defendant**

**ABC Entities 1 – 10**
*(fictitious entities), j/s/a*
*TERMINATED: 10/18/2022*

**Defendant**

**Clint Redmond**
*Deputy*
*TERMINATED: 03/23/2026*

represented by **Gwendolyn Palmer Adkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Maertz**
*Deputy*

represented by **Gwendolyn Palmer Adkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

4

**Zackery A. Scharlepp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff of Clay County**                    represented by   **Gwendolyn Palmer Adkins**
*a governmental entity*                                          (See above for address)
*TERMINATED: 03/23/2026*                                         *LEAD ATTORNEY*
*also known as*                                                  *ATTORNEY TO BE NOTICED*
Michelle Cook
*TERMINATED: 03/23/2026*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2026 | 192 | NOTICE OF APPEAL as to 187 Judgment by Travis Roe. Filing fee not paid. ***Case Stayed. (Attachments: # 1 Cover Letter from USCA)(BD) (Entered: 07/29/2026) |
| 07/13/2026 | 191 | MOTION for Attorney Fees by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, County of Clay, Howard E. Fryer, Mark Maertz, Clint Redmond, Sheriff of Clay County, Ricky Wright. (Attachments: # 1 Exhibit 1 – DF Motion for Entitlement to Attorneys' Fees – Composite Exhibit 1, # 2 Exhibit 2 – DF Motion for Entitlement to Attorneys' Fees – Composite Exhibit 2)(Adkins, Gwendolyn) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 07/13/2026) |
| 07/13/2026 | 190 | MOTION for Taxation of Costs *and Supporting Memorandum of Law* by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, County of Clay, Howard E. Fryer, Mark Maertz, Clint Redmond, Sheriff of Clay County, Ricky Wright. (Adkins, Gwendolyn) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 07/13/2026) |
| 07/13/2026 | 189 | PROPOSED BILL OF COSTS by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, County of Clay, Howard E. Fryer, Mark Maertz, Clint Redmond, Sheriff of Clay County, Ricky Wright. (Attachments: # 1 Exhibit 1 – Itemization and Documentation for Requested Costs, # 2 Exhibit 2 – Itemization and Documentation for Requested Costs, # 3 Exhibit 3 – Affidavit of Gwendolyn Adkins in Support of Defendant's Bill of Costs)(Adkins, Gwendolyn) (Entered: 07/13/2026) |
| 06/30/2026 | 188 | **ENDORSED ORDER denying as moot Defendant's Motion for Judgment as a Matter of Law and Defendant's Renewed Motion for Judgment as a Matter of Law in light of the jury verdict. Signed by Judge Marcia Morales Howard on 6/30/2026. (JW) (Entered: 06/30/2026)** |
| 06/29/2026 | 187 | **JUDGMENT in favor of Mark Maertz against Travis Roe. Signed by Judge Marcia Morales Howard on 6/29/2026. (Attachments: # 1 Civil Appeals Checklist)(JW) (Entered: 06/29/2026)** |
| 06/29/2026 | 186 | Tangible Items Received. 4 Flash Drives containing Plaintiff's Exhibits 5, 6, and 16 and Defendant's Exhibits 7, 9, 10, and 14 regarding 180 Plaintiff's Exhibit List and 181 Defendant's Exhibit List. Stored in the Trial Exhibit Room. (JW) (Entered: 06/29/2026) |

| 06/26/2026 | 185 | COURT EXHIBITS. (JW) (Entered: 06/29/2026) |
|---|---|---|
| 06/26/2026 | 184 | JURY VERDICT (FILED IN OPEN COURT). (Attachments: # 1 Restricted Unredacted Jury Verdict)(JW) (Entered: 06/29/2026) |
| 06/26/2026 | 183 | Court's Final Jury Instructions (FILED IN OPEN COURT). (JW) (Entered: 06/29/2026) |
| 06/26/2026 | 182 | Court's Proposed Jury Instructions (FILED IN OPEN COURT). (JW) (Entered: 06/29/2026) |
| 06/26/2026 | 181 | Exhibit List by Mark Maertz (FILED IN OPEN COURT). (JW) (Additional attachment(s) added on 6/29/2026: # 1 Exhibits 7, 9, 10, 14 – Flash Drive Filed Separately, # 2 Exhibit 15, # 3 Exhibit 21 – Identification/Demonstrative Only) (JW). (Entered: 06/29/2026) |
| 06/26/2026 | 180 | Exhibit List by Travis Roe (FILED IN OPEN COURT). (JW) (Additional attachment(s) added on 6/29/2026: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 6 Exhibits 5 and 6 – Flash Drives Filed Separately, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 16 – Also Includes a Flash Drive) (JW). (Entered: 06/29/2026) |
| 06/26/2026 | 179 | Minute Entry. In Person Proceedings held before Judge Marcia Morales Howard: JURY TRIAL completed on 6/26/2026. Court Reporter: Katharine Healey (JW) (Entered: 06/29/2026) |
| 06/25/2026 | 178 | Minute Entry. In Person Proceedings held before Judge Marcia Morales Howard: JURY TRIAL held on 6/25/2026. Court Reporter: Katharine Healey (JW) (Entered: 06/26/2026) |
| 06/24/2026 | 177 | Minute Entry. In Person Proceedings held before Judge Marcia Morales Howard: JURY TRIAL held on 6/24/2026. Court Reporter: Katharine Healey (JW) (Entered: 06/25/2026) |
| 06/23/2026 | 176 | Minute Entry. In Person Proceedings held before Judge Marcia Morales Howard: JURY SELECTION AND TRIAL held on 6/23/2026. Court Reporter: Katharine Healey (JW) (Entered: 06/24/2026) |
| 05/06/2026 | 175 | **ORDER SCHEDULING TRIAL. Jury selection and trial shall commence on Tuesday, June 23, 2026, at 9:00 a.m. in Courtroom 10B. Signed by Judge Marcia Morales Howard on 5/6/2026. (JW)** (Entered: 05/06/2026) |
| 04/30/2026 | 174 | Minute Entry. Virtual Proceedings held before Judge Marcia Morales Howard: STATUS CONFERENCE held on 4/30/2026. The jury trial was unable to proceed due to the building being shut down because of a broken water pipe. The Court and counsel discussed a new date for the jury trial. Jury selection and trial will begin on June 23, 2026. Order to enter. Court Reporter: Katharine Healey (JW) (Entered: 05/01/2026) |
| 04/29/2026 | 172 | NOTICE OF HEARING: Status Conference set for 4/30/2026 at 03:00 PM before Judge Marcia Morales Howard. The hearing will be held via Zoom. The Courtroom Deputy Clerk will separately send participants the Zoom link. (JW) (Entered: 04/29/2026) |
| 04/28/2026 | 173 | Minute Entry. In Person Proceedings held before Judge Marcia Morales Howard: STATUS CONFERENCE held on 4/28/2026. Court Reporter: Katharine Healey |

| | | |
|---|---|---|
| | | (JW) (Entered: 04/29/2026) |
| 04/27/2026 | 171 | Minute Entry. In Person Proceedings held before Judge Marcia Morales Howard: STATUS CONFERENCE held on 4/27/2026. Court Reporter: Heather Randall (JW) (Entered: 04/27/2026) |
| 04/27/2026 | 170 | Witness List by Mark Maertz. (Adkins, Gwendolyn) (Entered: 04/27/2026) |
| 04/24/2026 | 169 | Exhibit List by Mark Maertz. (Adkins, Gwendolyn) (Entered: 04/24/2026) |
| 04/24/2026 | 168 | Witness List by Travis Roe. (Mactavish, Robert) (Entered: 04/24/2026) |
| 04/24/2026 | 167 | Exhibit List *Plaintiff's* by Travis Roe. (Mactavish, Robert) (Entered: 04/24/2026) |
| 04/23/2026 | 166 | **ENDORSED ORDER granting 165 Defendant Maertz's Amended Unopposed Motion Regarding the Bifurcation of Trial and accepting the parties' stipulation. Signed by Judge Marcia Morales Howard on 4/23/2026. (JW)** (Entered: 04/23/2026) |
| 04/22/2026 | 165 | MOTION for Miscellaneous Relief, specifically Amended Unopposed Motion Regarding the Bifurcation of Trial by Mark Maertz. (Adkins, Gwendolyn) (Entered: 04/22/2026) |
| 04/20/2026 | 164 | TRIAL BRIEF by Mark Maertz. (Adkins, Gwendolyn) (Entered: 04/20/2026) |
| 04/20/2026 | 163 | Proposed Voir Dire by Travis Roe. (Mactavish, Robert) (Entered: 04/20/2026) |
| 04/20/2026 | 162 | Joint NOTICE of Filing Proposed Verdict form filed byMark Maertz. (Attachments: # 1 Exhibit 1 Parties' Proposed Verdict Form)(Adkins, Gwendolyn) Modified text on 4/21/2026 (BD). (Entered: 04/20/2026) |
| 04/20/2026 | 161 | Joint NOTICE of Filing Proposed Jury Instructions by Mark Maertz. (Attachments: # 1 Exhibit 1 Parties' Proposed Jury Instructions)(Adkins, Gwendolyn) Modified text on 4/21/2026 (BD). (Entered: 04/20/2026) |
| 04/20/2026 | 160 | PROPOSED verdict form filed byTravis Roe. (Mactavish, Robert) (Entered: 04/20/2026) |
| 04/20/2026 | 159 | Proposed Jury Instructions by Travis Roe. (Mactavish, Robert) (Entered: 04/20/2026) |
| 04/20/2026 | 158 | TRIAL BRIEF *Plaintiff's* by Travis Roe. (Mactavish, Robert) (Entered: 04/20/2026) |
| 04/20/2026 | 157 | NOTICE of Filing Trial Brief, Joint Proposed Jury Instructions, Proposed Voir Dire Questions, and Joint Proposed Verdict Form by Travis Roe. (Mactavish, Robert) Modified text on 4/21/2026 (BD). (Entered: 04/20/2026) |
| 04/20/2026 | 156 | Proposed Voir Dire by Mark Maertz. (Adkins, Gwendolyn) (Entered: 04/20/2026) |
| 04/20/2026 | 155 | **ENDORSED ORDER regarding 154 Defendant Maertz's Unopposed Motion Regarding the Bifurcation of Trial. No later than April 22, 2026, the parties are directed to supplement their stipulation to clarify that they stipulate that the Court will resolve any motion filed with respect to the amount of punitive damages, and the parties waive any further right to a jury determination on the issue. Signed by Judge Marcia Morales Howard on 4/20/2026. (JW)** (Entered: 04/20/2026) |
| 04/17/2026 | 154 | Unopposed MOTION for Miscellaneous Relief, specifically Regarding the Bifurcation of Trial by Mark Maertz. (Adkins, Gwendolyn) (Entered: 04/17/2026) |

| 04/07/2026 | 153 | **ENDORSED ORDER. Christina Abraham Varghese, Esquire, has been instructed by this Court multiple times regarding her status to practice law in the Middle District of Florida. See docs. 143, 145, 151. She was first notified of Local Rule 2.01(a), Middle District of Florida Local Rules. Doc. 143. She was then directed to either apply for membership in the Bar for the United States District Court for the Middle District of Florida or to apply for special admission, doc. 145; she failed to do so. She was then ordered to show cause in writing, on or before April 6, 2026, why she should not be removed as counsel of record in this matter for failing to seek admission to the Middle District of Florida Bar or special admission. Doc. 151. To date, she has neither been admitted to practice in the Middle District of Florida nor been permitted to practice pro hac vice, and she has not responded to the Court's show cause order. Therefore, the Clerk of Court is directed to remove Christina Abraham Varghese, Esquire, as counsel of record in this matter. Plaintiff continues to be represented by other counsel of record. Signed by Magistrate Judge Laura Lothman Lambert on 4/7/2026. (BJR) (Entered: 04/07/2026)** |
| 04/03/2026 | 152 | JOINT STATEMENT of the case for trial by Mark Maertz. (Adkins, Gwendolyn) Modified on 4/6/2026 to edit text. (JVC) (Entered: 04/03/2026) |
| 03/30/2026 | 151 | **ENDORSED ORDER to show cause. Christina Abraham Varghese, Esquire, shall show cause in writing, on or before April 6, 2026, why she should not be removed as counsel of record in this matter for failing to "either apply for membership in the bar for the United States District Court for the Middle District... or apply for special admission on or before March 27, 2025." Doc. 145. Signed by Magistrate Judge Laura Lothman Lambert on 3/30/2026. (BJR)** (Entered: 03/30/2026) |
| 03/27/2026 | 150 | **ORDER SCHEDULING TRIAL. Jury selection and trial shall commence on April 27, 2026, at 9:00 a.m. in Courtroom 10B. Trial briefs, proposed Jury Instructions, proposed voir dire, and proposed verdict form due April 20, 2026. Final witness and exhibit lists due April 24, 2026. See Order for additional details. Signed by Judge Marcia Morales Howard on 3/27/2026. (Attachments: # 1 Civil Jury Trial Procedures, # 2 Instructions Regarding Jury Selection, # 3 Instructions Regarding Pre–Marking Exhibits)(JW)** (Entered: 03/27/2026) |
| 03/25/2026 | 149 | Joint NOTICE Regarding the Magistrate Judge Selecting the Jury and Presiding Over the Trial by Travis Roe (Mactavish, Robert) Modified text on 3/26/2026 (BD). (Entered: 03/25/2026) |
| 03/25/2026 | 148 | TRANSCRIPT of Final Pretrial Conference held on 03/23/2026 before Judge Marcia Morales Howard. Court Reporter/Transcriber: Katharine M. Healey, RPR, RMR, CRR, FPR–C. Email address: Katharinehealey@bellsouth.net. Telephone number: (904) 301–6843.<br><br>NOTICE TO THE PARTIES – The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 4/15/2026. Redacted Transcript Deadline set for 4/27/2026. Release of Transcript Restriction set for |

| | | |
|---|---|---|
| | | 6/23/2026. (KMH) (Entered: 03/25/2026) |
| 03/23/2026 | 147 | Minute Entry. In Person Proceedings held before Judge Marcia Morales Howard: FINAL PRETRIAL CONFERENCE held on 3/23/2026; granting in part and denying in part 129 Defendant's Motion in Limine; granting in part and denying in part 131 Plaintiff's Motion in Limine. The Clerk of the Court is directed to terminate the Sheriff of Clay County and Clint Redmond. The parties are directed to hold the week of April 27, 2026, for trial. Notice regarding the Magistrate Judge selecting the jury due no later than March 27, 2026. Joint statement of the case due April 3, 2026. Order Scheduling Trial to enter. Court Reporter: Katharine Healey (JW) (Entered: 03/24/2026) |
| 03/23/2026 | 146 | NOTICE by Mark Maertz *Joint Notice Regarding Trial Date* (Adkins, Gwendolyn) (Entered: 03/23/2026) |
| 03/23/2026 | 145 | **ENDORSED ORDER directing Christina Abraham Varghese, Esquire, to either apply for membership in the Bar for the United States District Court for the Middle District of Florida or apply for special admission on or before March 27, 2026. See docs. 143; Local Rule 2.01(a)–(c), Middle District of Florida Local Rules. Signed by Magistrate Judge Laura Lothman Lambert on 3/23/2026. (BJR)** (Entered: 03/23/2026) |
| 03/20/2026 | 144 | RESPONSE re 131 MOTION In Limine regarding to Exclude Evidence by Mark Maertz. (Adkins, Gwendolyn) (Entered: 03/20/2026) |
| 03/20/2026 | 143 | NOTICE TO COUNSEL Christina Abraham Varghese of Local Rule 2.01(a), which requires membership or special admission in the Middle District bar to practice in the Middle District, except for the limited exceptions identified in the Rule. To apply for membership in the Middle District, visit www.flmd.uscourts.gov/for–lawyers. (Signed by Deputy Clerk). (ARL) (Entered: 03/20/2026) |
| 03/19/2026 | 142 | **ENDORSED ORDER: Plaintiff is directed to bring his Proposed Exhibits 17 and 18 to the pretrial conference of March 23, 2026. Signed by Judge Marcia Morales Howard on 3/19/2026. (EJK)** (Entered: 03/19/2026) |
| 03/19/2026 | 141 | RESPONSE in Opposition re 129 MOTION In Limine filed by Travis Roe. (Mactavish, Robert) (Entered: 03/19/2026) |
| 03/19/2026 | 140 | Amended Joint PRETRIAL statement by Mark Maertz. (Attachments: # 1 Exhibit 1 – Plaintiff's Exhibit List with Defendant's Objections, # 2 Exhibit 2 – Defendant's Exhibit List with Plaintiff's Objections, # 3 Exhibit 3 – Plaintiff's Witness List with Defendant's Objections, # 4 Exhibit 4 – Defendant's Witness List with Plaintiff's Objections)(Adkins, Gwendolyn) Modified on 3/20/2026 as to docket text (ARL). (Entered: 03/19/2026) |
| 03/19/2026 | 139 | RESPONSE re 138 Order to show cause by Mark Maertz. (Adkins, Gwendolyn) (Entered: 03/19/2026) |
| 03/17/2026 | 138 | **ORDER: No later than March 19, 2026, Defendant must show cause in a written response why 129 his Motion in Limine should not be denied for failure to comply with Local Rule 3.01(g). See Order for details. Signed by Judge Marcia Morales Howard on 3/17/2026. (EJK)** (Entered: 03/17/2026) |
| 03/17/2026 | 137 | **ENDORSED ORDER: No later than March 18, 2026, Plaintiff must provide to Defendant any proposed exhibit not previously disclosed. No later than March 19, 2026, the parties must file an amended pretrial statement. The amended** |

9

| | | |
|---|---|---|
| | | **pretrial statement must be signed by Defendant's counsel on page 6. The amended pretrial statement also must contain a list of all objections by Defendant to Plaintiff's exhibits and a list of Plaintiff's objections to Defendant's exhibits and to Defendant's witnesses. Signed by Judge Marcia Morales Howard on 3/17/2026. (EJK)** (Entered: 03/17/2026) |
| 03/16/2026 | 136 | PRETRIAL statement by Mark Maertz. (Attachments: # 1 Exhibit PL Exhibit List, # 2 Exhibit DF Exhibit List, # 3 Exhibit PL Witness List, # 4 Exhibit DF Witness List)(Adkins, Gwendolyn) (Entered: 03/16/2026) |
| 03/14/2026 | 135 | NOTICE of compliance *certifying reading of Local Rules* by Travis Roe (Mactavish, Robert) (Entered: 03/14/2026) |
| 03/12/2026 | 134 | **ORDER denying 130 Plaintiff's Motion to Conduct the Pretrial Conference of March 23, 2026 as well as any Pretrial Motion Hearings on Zoom. No later than March 20, 2026, counsel for Plaintiff shall file a notice certifying that he has read this Court's Local Rules. Signed by Judge Marcia Morales Howard on 3/12/2026. (JW)** (Entered: 03/12/2026) |
| 03/12/2026 | 133 | NOTICE of Appearance by Zackery A. Scharlepp on behalf of Mark Maertz (Scharlepp, Zackery) Modified on 3/13/2026 as to docket text (ARL). (Entered: 03/12/2026) |
| 03/09/2026 | 132 | SECOND NOTICE TO COUNSEL Robert Sinclair Mactavish of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (LJC) (Entered: 03/09/2026) |
| 03/08/2026 | 131 | MOTION In Limine regarding to Exclude Evidence by All Plaintiffs. (Mactavish, Robert) (Entered: 03/08/2026) |
| 03/08/2026 | 130 | MOTION for Robert S. Mactavish to appear by video *at Pretrial Conference* by All Plaintiffs. (Mactavish, Robert) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 03/08/2026) |
| 03/02/2026 | 129 | MOTION In Limine by Mark Maertz. (Adkins, Gwendolyn) (Entered: 03/02/2026) |
| 10/31/2025 | 128 | NOTICE TO COUNSEL Robert Sinclair Mactavish of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (JG) (Entered: 10/31/2025) |
| 10/31/2025 | 127 | NOTICE of Appearance by Robert Sinclair Mactavish on behalf of Travis Roe (Mactavish, Robert) (Entered: 10/31/2025) |
| 10/08/2025 | | Set / Reset Scheduling Order Deadlines/Hearings: Pretrial statement due by 3/16/2026 Final Pretrial Conference set for 3/23/2026 at 10:00 AM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard Jury Trial set for 4/6/2026 at 09:00 AM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard. (ABM) (Entered: 10/08/2025) |
| 10/06/2025 | 126 | **ORDERED: The Clerk of the Court is directed to reopen this case. The final pretrial conference is set for March 23, 2026, at 10:00 a.m. The jury trial is set for the trial term commencing on April 6, 2026, at 9:00 a.m. See Order for** |

| | | |
|---|---|---|
| | | **additional deadlines. Signed by Judge Marcia Morales Howard on 10/6/2025. (JW)** (Entered: 10/06/2025) |
| 10/03/2025 | 125 | NOTICE TO COUNSEL Lawrence A. Katz of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (MSN) (Entered: 10/03/2025) |
| 10/03/2025 | 124 | NOTICE by Mark Maertz, Clint Redmond, Sheriff of Clay County re 123 Order *Settlement Conference and Proposed Trial Date (Joint)* (Adkins, Gwendolyn) (Entered: 10/03/2025) |
| 09/17/2025 | 123 | **ORDERED: No later than October 3, 2025, the parties shall confer and file a notice advising the Court whether they believe a settlement conference before a United States Magistrate Judge would be beneficial. If not, the parties shall advise the Court by this same date of a proposed trial term for the remaining claim. Signed by Judge Marcia Morales Howard on 9/17/2025. (JW)** (Entered: 09/17/2025) |
| 09/11/2025 | 122 | MANDATE of USCA as to 117 Notice of Appeal filed by Travis Roe. Issued as Mandate on: 9/11/25. USCA number: 24–13588–GG. (SJW) (Entered: 09/11/2025) |
| 08/13/2025 | 121 | OPINION of USCA Affirmed in Part, Vacated and Remanded in Part as to 117 Notice of Appeal filed by Travis Roe. EOD: 8/13/25; Mandate to issue at a later date. USCA number: 24–13588. (SJW) (Entered: 08/13/2025) |
| 03/14/2025 | | ACKNOWLEDGMENT by USCA of receiving: Exhibit Folder: 1 Thumb Drive re 117 Notice of Appeal. USCA number: 24–13588–GG. (SJW) (Entered: 03/17/2025) |
| 03/05/2025 | 120 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Middle District of Florida certifies that the record is complete for the purposes of this appeal re: 117 Notice of Appeal. In addition to the electronic record, the following items will be forwarded to the USCA: 1 thumb drive to doc 107 containing videos. USCA number: 24–13588–D. (SJW) (Entered: 03/05/2025) |
| 11/19/2024 | 119 | TRANSCRIPT information form filed by Travis Roe re 117 Notice of Appeal. No transcript(s) requested. (Katz, Lawrence) (Main Document 119 replaced with flattened pdf on 11/19/2024) (MDC). (Entered: 11/19/2024) |
| 11/01/2024 | 118 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 117 Notice of Appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (JOS) (Entered: 11/01/2024) |
| 10/31/2024 | 117 | NOTICE OF APPEAL as to 114 Order on Motion for Summary Judgment, 115 Judgment by Travis Roe. Filing fee $ 605, receipt number AFLMDC–22673840. (Katz, Lawrence) (Entered: 10/31/2024) |
| 10/25/2024 | 116 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non–party must move for relief before the seal expires. (Signed by Deputy Clerk). (ABM) (Entered: 10/25/2024) |

| 10/25/2024 | 115 | JUDGMENT is entered in in favor of Defendants Sheriff Michelle Cook, Deputy Clint Redmond and Deputy Mark Maertz and against Plaintiff Travis Roe as to Counts I and II, and in favor of Defendant Sheriff Michelle Cook as to Counts III and IV. ( Signed by Deputy Clerk) (ABM) (Entered: 10/25/2024) |
|---|---|---|
| 10/25/2024 | 114 | **ORDER granting in part and denying in part 106 Defendants' Motion for Summary Judgment. Directions to the Clerk of the Court to close the file. See Order for details. Signed by Judge Marcia Morales Howard on 10/25/2024. (JPA)** (Entered: 10/25/2024) |
| 09/17/2024 | 113 | RESPONSE re 112 Order to show cause filed by Travis Roe. (Attachments: # 1 Exhibit A – Email)(Katz, Lawrence) (Entered: 09/17/2024) |
| 09/16/2024 | 112 | **ORDER to Show Cause: Plaintiff shall have up to and including September 23, 2024, to show cause why sanctions should not be imposed for failing to comply with the Court's Order. Plaintiff shall also provide the Court with courtesy copies of his Response on or before September 23, 2024. See Order for details. Signed by Judge Marcia Morales Howard on 9/16/2024. (JPA)** (Entered: 09/16/2024) |
| 09/09/2024 | 111 | **ENDORSED ORDER directing Plaintiff to deliver courtesy copies of his 110 Response to Defendants' Motion for Summary Judgment to the undersigned's chambers. However, the Court DOES NOT want multiple paper copies of the same evidence. Thus, Plaintiff must confer with Defendants' counsel and submit only one copy of each unique deposition or exhibit filed in support of his response. Signed by Judge Marcia Morales Howard on 9/9/2024. (JPA)** (Entered: 09/09/2024) |
| 07/16/2024 | 110 | REPLY to Response to Motion re 106 MOTION for Summary Judgment, Statements of Facts, and Memorandum of Law *(Re−filed Corrected Copy)* filed by Travis Roe. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F)(Katz, Lawrence) (Entered: 07/16/2024) |
| 07/15/2024 | 109 | RESPONSE in Opposition re 106 MOTION for Summary Judgment, Statements of Facts, and Memorandum of Law filed by Travis Roe. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F)(Katz, Lawrence) Modified on 7/15/2024 counsel notified to refile with case caption (ELM). (Entered: 07/15/2024) |
| 07/01/2024 | 108 | **SUMMARY JUDGMENT NOTICE AND COURTESY COPIES. Signed by Deputy Clerk on 7/1/2024. (JW)** (Entered: 07/01/2024) |
| 06/28/2024 | 107 | SUPPLEMENT by Michelle Cook, Mark Maertz, Clint Redmond re 106 MOTION for Summary Judgment *, Statements of Facts, and Memorandum of Law (Attachments: # 1 Exhibit 1−Declaration of Director David Barnes, # 2 Exhibit 2−1165−1166 CCSO Operational Plan − REDACTED, # 3 Exhibit 3−Video from US Customs and Border Patrol helicopter (Enhanced), # 4 Exhibit 4−Video of arrest at 7174 Purdue Street, # 5 Exhibit 5−Video of arrest at 7174 Purdue Street (Enhanced), # 6 Exhibit 6−Video of Plaintiff's Post−Arrest Interview 8.27.20, # 7 Exhibit 7−CCSO Booking Photographs − REDACTED, # 8 Exhibit 8−Use of Force Report − REDACTED, # 9 Exhibit 9−Clint Redmond Narrative − REDACTED, # 10 Exhibit 10−1135−1136 Clint Redmond Response to Resistance Report (REDACTED), # 11 Exhibit 11− Audio Interview Transcription − Clinton Redmond, # 12 Exhibit 12−Clint Redmond Deposition 3.4.24 − REDACTED, # 13 Exhibit 13−1542 Clinton Redmond Training Records Excel Spreadsheet, # 14 Exhibit* |

12

| | | |
|---|---|---|
| | | *14–Audio Interview Transcription – Travis Roe, # 15 Exhibit 15–Travis Roe Deposition 12.14.23 – REDACTED, # 16 Exhibit 16–PL Answers to DF FRYER'S First Interrogatories to PL_served 11–28–23, # 17 Exhibit 17–1132–1134 Response to Resistance Report 8.27.20 – Mark Maertz (REDACTED), # 18 Exhibit 18– Audio Interview Transcription – Deputy Maertz, # 19 Exhibit 19–Mark Maertz Deposition 3.4.24 – REDACTED, # 20 Exhibit 20–1850 Mark Maertz Training Records Excel Spreadsheet, # 21 Exhibit 21–Internal Affairs Investigation 2020–023, Excerpts (1–5) (REDACTED), # 22 Exhibit 22–Clay County Jail Medical Records, Excerpts (REDACTED), # 23 Exhibit 23–Baker County Jail Medical Records, Excerpts (REDACTED), # 24 Exhibit 24–Records of X–ray on 9.04.20 – REDACTED, # 25 Exhibit 25–Records of CT Scan on 10.28.20 – REDACTED, # 26 Exhibit 26–DF Rule 26(a)(2) Expert Disclosure – Dr. Richard Hough_5–29–24)(Adkins, Gwendolyn) Modified text on 7/1/2024 (JK). (Entered: 06/28/2024)* |
| 06/28/2024 | 106 | MOTION for Summary Judgment, Statements of Facts, and Memorandum of Law by Michelle Cook, Mark Maertz, Clint Redmond. (Adkins, Gwendolyn) (Entered: 06/28/2024) |
| 06/25/2024 | 105 | **ENDORSED ORDER granting 104 Defendants' Unopposed Motion for Leave to Exceed Page Limit. Defendants are permitted to file a 45–page motion for summary judgment. Plaintiff is permitted to file a 45–page response. Signed by Judge Marcia Morales Howard on 6/25/2024. (JW)** (Entered: 06/25/2024) |
| 06/24/2024 | 104 | Unopposed MOTION to File Excess Pages by Michelle Cook, Mark Maertz, Clint Redmond. (Adkins, Gwendolyn) Modified text on 6/24/2024 (JK). (Entered: 06/24/2024) |
| 06/03/2024 | 103 | NOTICE Of Service Of Proposal For Settlement/Offer of Judgment by Mark Maertz (Adkins, Gwendolyn) Modified on 6/4/2024 as to docket text (ARL). (Entered: 06/03/2024) |
| 06/03/2024 | 102 | NOTICE of Service of Proposal For Settlement/Offer of Judgment by Clint Redmond (Adkins, Gwendolyn) Modified on 6/4/2024 as to docket text (ARL). (Entered: 06/03/2024) |
| 05/31/2024 | 101 | MEDIATION report Hearing held on May 31, 2024. Hearing outcome: no agreement. (Brecher, David) (Entered: 05/31/2024) |
| 05/01/2024 | 100 | **ENDORSED ORDER granting doc. 99 Joint Unopposed Motion for Extension of Mediation Deadline. The parties shall have up to and including May 31, 2024, to complete mediation. All other deadlines in the Court's Case Management and Scheduling Order, doc. 58, remain in effect. Signed by Magistrate Judge Laura Lothman Lambert on 5/1/2024. (BJR)** (Entered: 05/01/2024) |
| 04/30/2024 | 99 | Joint Unopposed MOTION to Continue *Mediation Deadline* by Michelle Cook, Mark Maertz, Clint Redmond. (Adkins, Gwendolyn) Modified on 5/1/2024 to edit docket text (AJS). (Entered: 04/30/2024) |
| 04/30/2024 | 98 | NOTICE of mediation conference/hearing to be held on May 31, 2024 at 9:00 am before David S. Brecher.(Brecher, David) (Entered: 04/30/2024) |
| 03/25/2024 | 97 | ANSWER and affirmative defenses to 89 Amended Complaint by Mark Maertz, Clint Redmond.(Adkins, Gwendolyn) (Entered: 03/25/2024) |
| 03/05/2024 | 96 | |

| | | |
|---|---|---|
| | | WAIVER of service returned executed on 3/5/24 by Mark Maertz as to Mark Maertz. (Adkins, Gwendolyn) (Entered: 03/05/2024) |
| 03/05/2024 | 95 | WAIVER of service returned executed on 3/5/24 by Clint Redmond as to Clint Redmond. (Adkins, Gwendolyn) (Entered: 03/05/2024) |
| 02/19/2024 | 94 | ANSWER and affirmative defenses to 89 Fourth Amended Complaint by Michelle Cook.(Adkins, Gwendolyn) Modified entry relationship and text on 2/20/2024 (JK). (Entered: 02/19/2024) |
| 02/13/2024 | 93 | NOTICE of Appearance by Carl D Berry on behalf of Travis Roe (Berry, Carl) (Entered: 02/13/2024) |
| 02/12/2024 | 92 | **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery shall be completed on or before March 28, 2024; dispositive and Daubert motions are due on or before June 28, 2024; the final pretrial conference is November 18, 2024; and the trial terms begins December 2, 2024. SEE ORDER FOR FURTHER DATES AND DEADLINES. Signed by Magistrate Judge Laura Lothman Lambert on 2/12/2024. (KAS)** (Entered: 02/12/2024) |
| 02/12/2024 | 91 | **ORDER granting doc. 79, Plaintiff's Motion to File an Amended Complaint and to Extend the Discovery and Expert Report Deadlines. The Clerk of Court shall designate plaintiff's proposed third amended complaint, doc. 89, as the operative, fourth amended complaint; defendants shall respond within the time period outlined in the Federal Rules of Civil Procedure. Plaintiff is cautioned that further amendment will not be granted absent extraordinary circumstances. SEE ORDER FOR FURTHER DETAILS. Signed by Magistrate Judge Laura Lothman Lambert on 2/12/2024. (KAS)** (Entered: 02/12/2024) |
| 02/08/2024 | 90 | MINUTE Entry. Virtual Proceedings held before Magistrate Judge Laura Lothman Lambert: MOTION HEARING held on 2/8/2024 re 79 Plaintiff's Motion to File an Amended Complaint, and Further, to Extend the Discovery and Expert Report Deadlines (DIGITAL) (NK) (Entered: 02/09/2024) |
| 02/08/2024 | 89 | FOURTH AMENDED COMPLAINT (Designated per Order 91) against Clint Redmond, Mark Maertz, Sheriff of Clay County, with Jury Demand. filed by Travis Roe.(Katz, Lawrence) Modified on 2/9/2024 to edit docket text (EAM). Modified text on 2/12/2024 (BD). (Entered: 02/08/2024) |
| 01/24/2024 | 88 | **ORDER granting doc. 86, Plaintiff's Unopposed Motion to Hold the February 8, 2024, Hearing Remotely. Plaintiff's motion is granted to the extent that the hearing set for Thursday, February 8, 2024, at 11 a.m will take place via the Zoom platform. SEE ORDER FOR FURTHER DETAILS. Signed by Magistrate Judge Laura Lothman Lambert on 1/24/2024. (KAS)** (Entered: 01/24/2024) |
| 01/22/2024 | 87 | **ENDORSED order granting doc. 84, Defendants' Unopposed Motion for Extension of Time to File Dispositive Motions. The parties are relieved of the obligation to file dispositive motions until the hearing scheduled on February 8, 2024, at which time the Court will address the case deadlines. See Order, doc. 83. Further, doc. 85, construed as a motion to withdraw, is granted; Zackery A. Scharlepp is permitted to withdraw as counsel. Defendants will continue to be represented by other counsel of record. Signed by Magistrate Judge Laura Lothman Lambert on 1/22/2024. (KAS)** (Entered: 01/22/2024) |

| 01/22/2024 | 86 | Unopposed MOTION for Miscellaneous Relief, specifically Remote/Zoom hearing by All Plaintiffs. (Katz, Lawrence) (Entered: 01/22/2024) |
|---|---|---|
| 01/18/2024 | 85 | MOTION to Withdraw as Attorney by David Barnes, Joseph Bucci, Chris Coldiron, Michelle Cook, Howard E. Fryer, Ricky Wright re 84 Unopposed MOTION for Extension of Time to File Dispositive Motions *of Counsel Zackery A. Scharlepp Based on Error* (Scharlepp, Zackery) Modified on 1/19/2024 to edit docket text (AJS). (Entered: 01/18/2024) |
| 01/18/2024 | 84 | Unopposed MOTION for Extension of Time to File Dispositive Motions by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, Howard E. Fryer, Ricky Wright. (Scharlepp, Zackery) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 01/18/2024) |
| 01/18/2024 | 83 | **ORDER Setting Hearing. A hearing will be held on Plaintiff's Motion to File an Amended Complaint and to Extend the Discovery Deadlines and Expert Report Deadlines, doc. 79, on Thursday, February 8, 2024 at 11:00 a.m. Lead counsel for all parties shall personally appear. SEE ORDER FOR FURTHER DETAILS. Signed by Magistrate Judge Laura Lothman Lambert on 1/18/2024. (KAS)** (Entered: 01/18/2024) |
| 01/16/2024 | 82 | RESPONSE in Opposition re 79 MOTION for Extension of Time to Complete Discovery *and submit Expert Reports* MOTION to Amend 56 Amended Complaint filed by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, Howard E. Fryer, Ricky Wright. (Adkins, Gwendolyn) (Entered: 01/16/2024) |
| 01/10/2024 | 81 | **ENDORSED ORDER directing defendants to file an expedited response to doc. 79, Plaintiff's Motion to File an Amended Complaint and to Extend Discovery and Expert Report Deadlines on or before January 17, 2024. Signed by Magistrate Judge Laura Lothman Lambert on 1/10/2024. (KAS)** (Entered: 01/10/2024) |
| 01/07/2024 | 80 | CERTIFICATE of compliance *(review of Local Rules)* by Travis Roe. (Katz, Lawrence) (Entered: 01/07/2024) |
| 01/07/2024 | 79 | MOTION for Extension of Time to Complete Discovery *and submit Expert Reports*, MOTION to Amend 56 Amended Complaint by All Plaintiffs. (Katz, Lawrence) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 01/07/2024) |
| 01/05/2024 | 78 | **ENDORSED ORDER striking doc. 77, Plaintiff's Motion to File an Amended Complaint, and further, to Extend the Discovery and Expert Report Deadlines, for failing to comply with the Local Rules; the Clerk of Court is directed to strike doc. 77 from the official court record. Despite this Court's previous directive, counsel has failed to comply with Rule 3.01(g) and submitted a proposed order in violation of Rule 3.01(f). See previous order, doc. 76. On or before January 12, 2024, Mr. Katz shall 1) file any renewed motion to amend; and 2) file a notice certifying he has reviewed the Local Rules of the United States District Court for the Middle District of Florida. Counsel shall comply with the Local Rules of this Court in all future filings and is cautioned that failure to do so may result in sanctions. Signed by Magistrate Judge Laura Lothman Lambert on 1/5/2024. (KAS)** (Entered: 01/05/2024) |
| 12/28/2023 | 77 | STRICKEN per 78 Order; MOTION to File an Amended Complaint, and Further, to extend the Discovery and Expert Report Deadlines by All Plaintiffs. (Katz, |

| | | |
|---|---|---|
| | | Lawrence) Motions referred to Magistrate Judge Laura Lothman Lambert. Modified on 12/29/2023 to edit docket text (JDR). Modified on 1/8/2024 to edit docket text (JDR). (Entered: 12/28/2023) |
| 12/22/2023 | 76 | **ENDORSED ORDER striking doc. 74, counsel's letter to the Court. To the extent plaintiff seeks affirmative relief, it should be in the form of a motion containing a concise statement of the precise relief requested and supported by a legal memorandum. Rule 3.01(a), Local Rules of the United States District Court for the Middle District of Florida; see also Rule 7, Federal Rules of Civil Procedure. Any renewed motion shall comply with the Local Rules, including Rule 3.01(g), and the Federal Rules of Civil Procedure. The Clerk is directed to strike doc. 74 from the official court record. Signed by Magistrate Judge Laura Lothman Lambert on 12/22/2023. (KAS)** (Entered: 12/22/2023) |
| 12/22/2023 | 75 | RESPONSE in Opposition re 74 MOTION for Extension of Time to Complete Discovery *(Letter Motion) and Motion to Strike Expert for Untimely Disclosure* filed by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Howard E. Fryer, Ricky Wright. (Adkins, Gwendolyn) (Entered: 12/22/2023) |
| 12/21/2023 | 74 | **STRICKEN Per Order 76** MOTION for Extension of Time to Complete Discovery (Letter Motion) by All Plaintiffs. (Katz, Lawrence) Motions referred to Magistrate Judge Laura Lothman Lambert. Modified on 12/26/2023 edit docket text (ARL). (Entered: 12/21/2023) |
| 08/07/2023 | 73 | NOTICE of Appearance by Christina Abraham Varghese on behalf of Travis Roe (Varghese, Christina) (Entered: 08/07/2023) |
| 07/05/2023 | 72 | NOTICE by Michelle Cook of Service of Proposal for Settlement/Offer of Judgment (Adkins, Gwendolyn) Modified on 7/6/2023 (CTR). (Entered: 07/05/2023) |
| 07/05/2023 | 71 | NOTICE by Ricky Wright of Service of Proposal for Settlement/Offer of Judgment (Adkins, Gwendolyn) Modified on 7/6/2023 (CTR). (Entered: 07/05/2023) |
| 07/05/2023 | 70 | NOTICE by Chris Coldiron of Service of Proposal for Settlement/Offer of Judgment (Adkins, Gwendolyn) Modified on 7/6/2023 (CTR). (Entered: 07/05/2023) |
| 07/05/2023 | 69 | NOTICE by David Barnes of Service of Proposal for Settlement/Offer of Judgment> (Adkins, Gwendolyn) Modified on 7/6/2023 (CTR). (Entered: 07/05/2023) |
| 07/05/2023 | 68 | NOTICE by Joseph Bucci of Service of Proposal for Settlement/Offer of Judgment (Adkins, Gwendolyn) Modified on 7/6/2023 (CTR). (Entered: 07/05/2023) |
| 07/05/2023 | 67 | NOTICE by Howard E. Fryer of Service of Proposal for Settlement/Offer of Judgment (Adkins, Gwendolyn) Modified on 7/6/2023 (CTR). (Entered: 07/05/2023) |
| 06/22/2023 | 66 | CERTIFICATE of interested persons and corporate disclosure statement by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, Howard E. Fryer, Ricky Wright. (Adkins, Gwendolyn) (Entered: 06/22/2023) |
| 06/21/2023 | 65 | ANSWER and affirmative defenses to 56 Amended Complaint by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, Howard E. Fryer, Ricky Wright.(Adkins, Gwendolyn) (Entered: 06/21/2023) |
| 06/16/2023 | 64 | CERTIFICATE of interested persons and corporate disclosure statement by Travis Roe. (Katz, Lawrence) (Entered: 06/16/2023) |
| 06/15/2023 | 63 | |

| | | |
|---|---|---|
| | | **ORDER striking 61 Plaintiff's Rule 7.1 and Local Rule 3.03 Disclosure Statement. Proper disclosure statement due June 29, 2023. Signed by Judge Marcia Morales Howard on 6/15/2023. (JW)** (Entered: 06/15/2023) |
| 06/14/2023 | 62 | **ENDORSED ORDER vacating order, 60. The clerk of court shall reinstate plaintiff's third amended complaint, 56, as the operative complaint; defendant shall respond within the time frame permitted by the Federal Rules of Civil Procedure. Signed by Magistrate Judge Laura Lothman Lambert on 6/14/2023. (KAS)** (Entered: 06/14/2023) |
| 06/13/2023 | 61 | (STRICKEN per 63 Order) CERTIFICATE of interested persons and corporate disclosure statement by Travis Roe. (Katz, Lawrence) (Modified on 6/16/2023, to edit text) (BGR). (Entered: 06/13/2023) |
| 06/12/2023 | 60 | **ENDORSED ORDER striking 56 plaintiff's third amended complaint. See Federal Rule of Civil Procedure 15(a)(2) (at this juncture, plaintiff may amend his pleading "only with the opposing party's written consent or the court's leave."). Prior to filing any motion to amend, plaintiff shall meaningfully confer with defendants and follow the directives outlined in Rule 3.01(g), Local Rules of the Middle District of Florida. Signed by Magistrate Judge Laura Lothman Lambert on 6/12/2023. (NK)** (Modified on 6/14/2023, VACATED per 62 Order) (BGR). (Entered: 06/12/2023) |
| 06/09/2023 | 59 | CASE REFERRED to Mediation. (BGR) (Entered: 06/09/2023) |
| 06/09/2023 | 58 | **CASE MANAGEMENT AND SCHEDULING ORDER AND REFERRAL TO MEDIATION: Disclosure statements due by 6/23/2023. Discovery due by 12/22/2023. Dispositive motions due by 1/19/2024. Conduct mediation hearing by 5/17/2024. Final Pretrial Conference set for 6/17/2024 at 10:00 AM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard. Jury Trial set for trial term commencing on 7/1/2024 at 09:00 AM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard. Signed by Judge Marcia Morales Howard on 6/9/2023. (Attachments: # 1 Mediation Report Form, # 2 Court Docket)(JW)** (Entered: 06/09/2023) |
| 06/09/2023 | 57 | **ORDER denying as moot 40 Defendants' Motion to Dismiss Each Count of the Second Amended Complaint Against Various Defendants Named Therein and Motion for Additional Time to Respond. Signed by Judge Marcia Morales Howard on 6/9/2023. (JW)** (Entered: 06/09/2023) |
| 06/08/2023 | 56 | THIRD AMENDED COMPLAINT against All Defendants with Jury Demand. filed by All Plaintiffs.(Katz, Lawrence) (Modified on 6/14/2023, to edit text.) (BGR). (Entered: 06/08/2023) |
| 06/08/2023 | 55 | CASE MANAGEMENT REPORT. (Adkins, Gwendolyn) (Entered: 06/08/2023) |
| 05/24/2023 | 54 | PROOF of service executed on 3/1/2023 by Travis Roe as to Ricky Wright (Katz, Lawrence) (Modified on 5/24/2023, to edit text) (BGR). (Entered: 05/24/2023) |
| 05/24/2023 | 53 | PROOF of service executed on 3/1/2023 by Travis Roe as to Michelle Cook (Katz, Lawrence) (Modified on 5/24/2023, to edit text) (BGR). (Entered: 05/24/2023) |
| 05/24/2023 | 52 | PROOF of service executed on 3/6/2023 by Travis Roe as to Joseph Bucci (Katz, Lawrence) (Modified on 5/24/2023, to edit text) (BGR). (Entered: 05/24/2023) |
| 05/24/2023 | 51 | |

| | | |
|---|---|---|
| | | PROOF of service executed on 3/3/2023 by Travis Roe as to Howard E. Fryer (Katz, Lawrence) (Modified on 5/24/2023, to edit text) (BGR). (Entered: 05/24/2023) |
| 05/24/2023 | 50 | PROOF of service executed on 3/6/2023 by Travis Roe as to David Barnes (Katz, Lawrence) (Modified on 5/24/2023, to edit text) (BGR). (Entered: 05/24/2023) |
| 05/24/2023 | 49 | PROOF of service executed on 3/1/2023 by Travis Roe as to Clay County Sheriff's Office (Katz, Lawrence) (Modified on 5/24/2023, to edit text) (BGR). (Entered: 05/24/2023) |
| 05/24/2023 | 48 | PROOF of service executed on /3/2023 by Travis Roe as to Chris Coldiron(Katz, Lawrence) (Modified on 5/24/2023, to edit text) (BGR). (Entered: 05/24/2023) |
| 05/11/2023 | 47 | MINUTE Entry. Virtual Proceedings held before Magistrate Judge Laura Lothman Lambert: STATUS CONFERENCE/MOTION HEARING held on 5/11/2023 re 45 Amended MOTION for Nichelle Lynn Womble to Withdraw as Attorney , 42 First MOTION for Nichelle Lynn Womble to Withdraw as Attorney , 43 Amended MOTION for Nichelle Lynn Womble to Withdraw as Attorney . (DIGITAL) Modified on 5/16/2023 to edit date (NK). (Entered: 05/16/2023) |
| 05/11/2023 | 46 | **ENDORSED ORDER granting 45 Nichelle Lynn Womble's Amended Motion to Withdraw; Ms. Womble is permitted to withdraw as counsel for plaintiff Travis Roe, who will continue to be represented by other counsel of record. On or before June 12, 2023, the parties shall file a case management report, see doc. 12, and plaintiff shall file his response to defendants' motion to dismiss, 40. Ms. Womble's previous motions to withdraw, 42 and 43, are denied as moot. Signed by Magistrate Judge Laura Lothman Lambert on 5/11/2023. (KAS)** (Entered: 05/11/2023) |
| 05/09/2023 | 45 | Amended MOTION for Nichelle Lynn Womble to Withdraw as Attorney by All Plaintiffs. (Womble, Nichelle) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 05/09/2023) |
| 05/09/2023 | 44 | **ORDER Setting Hearing on Status of Counsel and Motion to Withdraw. The Court will hold a conference regarding plaintiff Travis Roe's status of counsel and on Nichelle Lynn Womble's Amended Motion to Withdraw, 43, on Thursday, May 11, 2023, at 2:30 p.m. via the Zoom platform. Ms. Womble, Mr. Lawrence A. Katz, plaintiff, and counsel for defendants shall personally appear. Ms. Womble shall ensure plaintiff receives a copy of this order and obtains instructions to access the hearing. SEE ORDER FOR DETAILS. Signed by Magistrate Judge Laura Lothman Lambert on 5/9/2023. (KAS)** (Entered: 05/09/2023) |
| 05/09/2023 | 43 | Amended MOTION for Nichelle Lynn Womble to Withdraw as Attorney by All Plaintiffs. (Womble, Nichelle) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 05/09/2023) |
| 05/08/2023 | 42 | First MOTION for Nichelle Lynn Womble to Withdraw as Attorney by All Plaintiffs. (Womble, Nichelle) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 05/08/2023) |
| 05/01/2023 | 41 | NOTICE TO COUNSEL Lawrence A. Katz Local Rule 2.01(c), Special Admission of Non–Resident Lawyer – Submit a Pro Hac Vice E–File Registration through PACER. Visit www.flmd.uscourts.gov/for–lawyers for details (Signed by Deputy Clerk). (BGR) (Entered: 05/01/2023) |

| 04/26/2023 | 40 | MOTION to Dismiss re 38 Corrected Amended Complaint by All Defendants. (Adkins, Gwendolyn) (Modified on 4/27/2023, to edit text) (BGR). (Entered: 04/26/2023) |
|---|---|---|
| 04/13/2023 | 39 | **ORDER denying as moot 31 Defendants' Motion to Dismiss. Signed by Judge Marcia Morales Howard on 4/13/2023. (JW)** (Entered: 04/13/2023) |
| 04/12/2023 | 38 | CORRECTED AMENDED COMPLAINT against All Defendants with Jury Demand. Filed by All Plaintiffs.(Womble, Nichelle) Modified on 4/13/2023 corrected complaint filed consistent with the court directives in Order dated 09/12/2022 (AET). (Entered: 04/12/2023) |
| 04/05/2023 | 37 | **ORDER granting 33, Plaintiff's Motion for the Special Admission Pro Hac Vice of Lawrence A. Katz, Esq., as supplemented by 35. Signed by Magistrate Judge Laura Lothman Lambert on 4/5/2023. (NK)** (Entered: 04/06/2023) |
| 04/05/2023 | 36 | NOTICE of Consent by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, County of Clay, Howard E. Fryer, Ricky Wright re 33 MOTION for Lawrence A. Katz to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–20659217 for $150 *OF CONSENT* (Adkins, Gwendolyn) Modified on 4/6/2023 to edit text (AET). (Entered: 04/05/2023) |
| 04/04/2023 | 35 | CERTIFICATION of counsel of Local Rule 3.01(g) re 34 Order on Motion to Appear Pro Hac Vice, by Nichelle Lynn Womble on behalf of Travis Roe (Womble, Nichelle) Modified on 4/6/2023 to edit text (AET). (Entered: 04/04/2023) |
| 03/31/2023 | 34 | **ENDORSED ORDER taking 33 Plaintiff's Motion for the Special Admission Pro Hac Vice of Lawrence A. Katz, Esq. under advisement; on or before April 3, 2023, counsel shall file a certificate of compliance with Local Rule 3.01(g) or the motion may be denied without prejudice. Counsel is also reminded of Local Rule 3.01(f) and future pleadings shall not include proposed order(s). Signed by Magistrate Judge Laura Lothman Lambert on 3/31/2023. (NK)** (Entered: 03/31/2023) |
| 03/28/2023 | 33 | MOTION for Lawrence A. Katz to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–20659217 for $150 by Travis Roe. (Attachments: # 1 Affidavit Certification of Sponsoring Counsel, # 2 Affidavit Certification of Counsel Seeking Admission, # 3 Text of Proposed Order Proposed Order, # 4 Exhibit Certificate of Good Standing)(Womble, Nichelle) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 03/28/2023) |
| 03/28/2023 | 32 | **ENDORSED ORDER discharging 19 Order to Show Cause. Signed by Judge Marcia Morales Howard on 3/28/2023. (JW)** (Entered: 03/28/2023) |
| 03/27/2023 | 31 | MOTION to Dismiss EACH COUNT AGAINST VARIOUS DEFENDANTS *and MOTION FOR ADDITIONAL TIME TO RESPOND* by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, County of Clay, Howard E. Fryer, Ricky Wright. (Attachments: # 1 Exhibit A)(Adkins, Gwendolyn) (Entered: 03/27/2023) |
| 03/22/2023 | 30 | **ENDORSED ORDER granting 29 Defendant's Unopposed Motion for Extension of Time to Respond to Amended Complaint by Defendants Howard E. Fryer, Clay County Sheriff's Office, Michelle Cook, David Barnes, Ricky Wright, Chris Coldiron and Joseph Bucci. Defendants shall respond to the amended complaint, 18, on or before March 29, 2023. Signed by Magistrate Judge Laura Lothman** |

| | | |
|---|---|---|
| | | **Lambert on 3/22/2023. (NK)** (Entered: 03/22/2023) |
| 03/21/2023 | 29 | UNOPPOSED MOTION for Extension of Time to File Answer re 18 Amended Complaint by David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, Howard E. Fryer, Ricky Wright. (Adkins, Gwendolyn) Motions referred to Magistrate Judge Laura Lothman Lambert. Modified on 3/22/2023 to edit text (AET). (Entered: 03/21/2023) |
| 03/14/2023 | 28 | RETURN of service executed on 3/3/2023 by Travis Roe as to Howard E. Fryer. (BGR) (Entered: 03/14/2023) |
| 03/14/2023 | 27 | RETURN of service executed on 3/3/2023 by Travis Roe as to Chris Coldiron. (BGR) (Entered: 03/14/2023) |
| 03/14/2023 | 26 | RETURN of service executed on 3/6/2023 by Travis Roe as to Joseph Bucci. (BGR) (Entered: 03/14/2023) |
| 03/14/2023 | 25 | RETURN of service executed on 3/6/2023 by Travis Roe as to David Barnes. (BGR) (Entered: 03/14/2023) |
| 03/10/2023 | 24 | RETURN of service executed on 03/01/2023 by Travis Roe as to Ricky Wright. (Attachments: # 1 Mailing Envelope)(AET) (Entered: 03/13/2023) |
| 03/10/2023 | 23 | RETURN of service executed on 03/01/2023 by Travis Roe as to Michelle Cook. (AET) (Entered: 03/13/2023) |
| 03/10/2023 | 22 | RETURN of service executed on 03/01/2023 by Travis Roe as to Clay County Sheriff's Office. (AET) (Entered: 03/13/2023) |
| 02/28/2023 | 21 | RETURN of service executed by Travis Roe as to County of Clay on 02/27/2023 (Womble, Nichelle) Modified on 3/1/2023 to edit text (AET). (Entered: 02/28/2023) |
| 01/27/2023 | 20 | RESPONSE re 19 Order to show cause by Travis Roe. (Womble, Nichelle) (Entered: 01/27/2023) |
| 01/27/2023 | 19 | **ORDER to show cause why the claims raised against Defendants should not be dismissed for failure to prosecute. Show Cause Response due by 2/10/2023. Signed by Judge Marcia Morales Howard on 1/27/2023. (JW)** (Modified on 3/29/2023, DISCHARGED per 32 Order) (BGR). (Entered: 01/27/2023) |
| 10/18/2022 | 18 | AMENDED COMPLAINT against All Defendants with Jury Demand filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet)(Womble, Nichelle) (Modified on 10/19/2022, to edit text) (BGR). (Entered: 10/18/2022) |
| 10/04/2022 | 17 | Minute Entry. Virtual Proceedings held before Judge Marcia Morales Howard: STATUS CONFERENCE held on 10/4/2022; striking 15 Plaintiff's Amended Complaint. Plaintiff's Corrected Complaint due October 18, 2022. Court Reporter: Katharine Healey (JW) (Entered: 10/05/2022) |
| 09/27/2022 | 16 | NOTICE OF HEARING: Status Conference set for October 4, 2022, at 3:00 p.m. before Judge Marcia Morales Howard. The hearing will be held via Zoom. The Courtroom Deputy Clerk will separately send participants the Zoom link. (JW) (Entered: 09/27/2022) |
| 09/26/2022 | 15 | **(STRICKEN per Status Conference held on 10.04.2022)** AMENDED COMPLAINT against All Defendants with Jury Demand. filed by All Plaintiffs. Related document: 1 Complaint, filed by Travis Roe.(Womble, Nichelle) Modified |

| | | |
|---|---|---|
| | | on 10/6/2022 to edit text (AET). (Entered: 09/26/2022) |
| 09/12/2022 | 14 | **ORDER striking 1 Complaint. Plaintiff shall file a corrected complaint consistent with the directives of this Order on or before September 26, 2022. See Order for details. Signed by Judge Marcia Morales Howard on 9/12/2022. (TMF)** (Entered: 09/12/2022) |
| 09/09/2022 | 13 | SUMMONS issued as to David Barnes, Joseph Bucci, Clay County Sheriff's Office, Chris Coldiron, Michelle Cook, County of Clay, Howard E. Fryer, Travis Roe, Ricky Wright. (BD) (Entered: 09/09/2022) |
| 09/08/2022 | 12 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (JW) (Entered: 09/08/2022) |
| 09/08/2022 | 11 | NEW CASE ASSIGNED to Judge Marcia Morales Howard and Magistrate Judge Laura Lothman Lambert. New case number: 3:22–cv–0971–MMH–LLL. (SJB) (Entered: 09/08/2022) |
| 09/07/2022 | 10 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 9 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 8 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 7 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 6 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 5 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 4 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 3 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 2 | PROPOSED summons to be issued by Travis Roe. (Womble, Nichelle) (Entered: 09/07/2022) |
| 09/07/2022 | 1 | **(STRICKEN per Court Order 14) COMPLAINT against All Defendants with Jury Demand (Filing fee $402 receipt number AFLMDC–19971785) filed by Travis Roe. (Attachments: # 1 Civil Cover Sheet)(Womble, Nichelle) Modified on 9/14/2022 to edit text (AET). (Entered: 09/07/2022)** |

U.S. COURT OF APPEALS
RECEIVED
CLERK

JUL 27 2026

ATLANTA, GA

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
_miDDLe DistricT of Florida Jacksonvill DiVision_
File Number _3:22·cv·971·MMH-LLL_

| | | |
|---|---|---|
| Travis Roe<br><br>        Plaintiff,<br><br>v. | ) <br> ) <br> ) <br> ) | Notice of Appeal |
| mark maertz<br><br>        Defendant. | ) <br> ) <br> ) | |

Notice is hereby given that      _Travis Roe_                 , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the_ 11 eth _Circuit (from the final judgment) (from an order (describing it)) entered in this action on the_ 17 _day of_ July    _, 20 26 .

/s/
_Travis Roe_

Attorney for _Pro say_
Address: _6317 wofford dr_
_keystone H_

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants

Travis Koe
8317 wofford dr
Keystone Heights, F.l.
32656

9589 0710 5270 3482 5210 39





JUL 22 2026

KEYSTONE HEIGHTS POST OFFICE

KEYSTONE HEIGHTS FL 32656

CLEARED SECURITY

JUL 27 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

Eleventh Circuit
56 Forsyth street. N.W.
Atlanta. Georgia,
30303



30303$218 C007

JACKSONVILLE RPDC 320

23 JUL 2026 PM 3 L

7/22/2026





Retail

U.S. POSTAGE PAID
FCM LETTER
KEYSTONE HEIGHTS
FL 32656
JUL 22, 2026

9589 0710 5270

UNITED STATES
POSTAL SERVICE

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 29, 2026

Travis Roe
6317 Wofford Drive
Keystone Heights, FL 32656

**This notice is to acknowledge receipt of your document(s) on _____July 27, 2026_____.**

**Your document(s) will be handled as described below:**

☐ This Court's records indicate that you have no open case pending in this Court. No action will be taken on your document(s).

☐ This Court is a federal court of limited jurisdiction. This Court has authority to act only on cases created under the statutes enacted by Congress. In general, only cases which have been first filed, and finally decided, in a United States District Court or Bankruptcy Court within this Circuit (Alabama, Florida, and Georgia), the United States Tax Court, and certain federal agencies may be appealed to this Court. This Court does not have authority to act in appeals from state and county courts. No action will be taken on your document(s).

☐ Your document(s) appear(s) to have been intended for a different court. No action will be taken on your document(s).

☐ You requested a specific form. The Court does not offer a form related to your request. No action will be taken on your document(s).

☐ Your request for an extension of time to file a notice of appeal will be submitted to the district court. No action will be taken in this Court on your document(s).

☐ Except as noted above, this Court does not act on requests for an extension of time submitted without an existing case or appeal. No action will be taken on your document(s).

☐ The Clerk's Office is unable to discern the purpose of your document(s) and/or your document(s) do(es) not appear to have been intended for this Court. Please provide clarification; otherwise, no action will be taken on your document(s).

☒ An appeal from a district court to a court of appeals may be taken only by filing a notice of appeal <u>with the district court</u> within the time allowed by FRAP 4. *See* FRAP 3. You mistakenly filed a notice of appeal with this Court. (Please note, that under 11th Cir. R. 22-1(a), this Court will construe a party's filing of an application for a certificate of appealability, or other document indicating an intent to appeal, as the filing of a notice of appeal.) Under FRAP 4(d), the notice of appeal will be sent to the district court.

☐ The Clerk's Office is unable to discern whether your document(s) may be or may serve as a notice of appeal. Out of an abundance of caution, your document(s) will be sent to the district court under FRAP 4(d) to be processed as the district court deems appropriate. No action will be taken in this Court on your document(s).

☐ An application for a writ of habeas corpus must be made to the appropriate district court. Under FRAP 22(a), the application will be transferred to the district court.

☐ The Clerk's Office is unable to provide you with legal advice. No action will be taken on your document(s).

☒ Other:

Your notice of appeal is being forwarded to the U.S. District Court (MFL-Jacksonville) for filing in case no. 3:22-cv-00971-MMH-LLL, Roe v. Fryer, et al.

Rev. 4/21   EKG

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TRAVIS ROE,

        Plaintiff,

                                    Case No. 3:22-cv-971-MMH-LLL

vs.

MARK MAERTZ,

        Defendant.

_____/

**JUDGMENT IN A CIVIL CASE**

Pursuant to the jury's verdict, rendered on June 26, 2026 (Dkt. No. 184), as the Court finds that there is no just reason for delay, it is **ORDERED AND ADJUDGED:**

**FINAL JUDGMENT** is hereby **ENTERED** in favor of Defendant, Mark Maertz and against Plaintiff, Travis Roe.

It is further **ORDERED AND ADJUDGED** that the prevailing party shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

Dated at Jacksonville, Florida, this 29th day of June, 2026.

_____
**MARCIA MORALES HOWARD**
United States District Judge

26

ja

Copies to:
Counsel of Record

# CIVIL APPEALS JURISDICTION CHECKLIST

1. **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

   (a) **Appeals from final orders pursuant to 28 U.S.C. Section 1291**: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

   (b) **In cases involving multiple parties or multiple claims**, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

   (c) **Appeals pursuant to 28 U.S.C. Section 1292(a)**: Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

   (d) **Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5**: The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

   (e) **Appeals pursuant to judicially created exceptions to the finality rule:** Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2. **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

   (a) **Fed.R.App.P. 4(a)(1)**: A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

   (b) **Fed.R.App.P. 4(a)(3)**: "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

   (c) **Fed.R.App.P.4(a)(4)**: If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

   (d) **Fed.R.App.P.4(a)(5) and 4(a)(6)**: Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

   (e) **Fed.R.App.P.4(c)**: If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3. **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4. **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).